# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

THE UNITED STATES OF AMERICA            PLAINTIFF

VS.            CIVIL ACTION NO.: 3:16CV622-CWR-FKB

THE STATE OF MISSISSIPPI            DEFENDANT

## MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF STATE OF MISSISSIPPI'S MOTION FOR CONSOLIDATION

The State of Mississippi ("State") respectfully requests that the Court stay all proceedings in this matter pending a decision by the Court on whether the instant case should be consolidated with *Troupe, et. al. v. Barbour, et. al.*, No. 3:10cv153, (S.D. Miss., March 10, 2010). In support of this Motion, the State would show:

1. The State has filed a motion to consolidate these proceedings with *Troupe*. *See* Dkt.#8.

2. A stay of these proceedings is in the interest of judicial economy because it will avoid unnecessary duplication and overlap between this case and *Troupe* should consolidation be ordered. A stay will save the Court and parties time and expense.

3. Furthermore, because this case is at its earliest stage, there is no potential prejudice to either party if the Court stays these proceedings pending a ruling on the consolidation motion.

4. For these reasons, addressed in detail in the accompanying *Memorandum In Support* that is being filed contemporaneously herewith, the State respectfully requests that the Court stay these proceedings.

WHEREFORE, PREMISES CONSIDERED, the State of Mississippi respectfully requests that the Court stay all proceedings in this case pending a decision as to whether consolidation is appropriate with *Troupe*.

THIS, the 24th day of October, 2016.

                                           Respectfully submitted,

                                           PHELPS DUNBAR LLP

BY: */s/ R. Gregg Mayer*
      Reuben V. Anderson, MB 1587
      W. Thomas Siler, MB 6791
      James W. Shelson, MB 9693
      R. Gregg Mayer, MB 102232
      A. Martin Edwards, IV, MB 104677
      4270 I-55 North
      Jackson, Mississippi 39211-6391
      Post Office Box 16114
      Jackson, Mississippi 39236-6114
      Telephone: 601-352-2300
      Telecopier: 601-360-9777
      Email: andersor@phelps.com
              silert@phelps.com
              shelsonj@phelps.com
              gregg.mayer@phelps.com
              martin.edwards@phelps.com

      Harold Pizzetta, III, Esq., MB 99867
      Assistant Attorney General
      General Civil Division
      Walter Sillers Building
      550 High Street
      Jackson, MS 39201

Attorneys for the State of Mississippi

## **CERTIFICATE OF SERVICE**

I certify that on October 24, 2016, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ R. Gregg Mayer*
R. Gregg Mayer