# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : 3:16-CV-622-CWR-FKB |
| STATE OF MISSISSIPPI, | : |
| | : |
| Defendant. | : |

## UNITED STATES' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER

The United States respectfully moves the Court for entry of a Case Management Order permitting each Party to propound 150 Rule 34 Requests for the Production of Documents ("RPDs") and 45 Rule 36 Requests for Admissions ("RFAs").

1. This case seeks to remedy widespread and ongoing civil rights violations by the State of Mississippi. Thousands of adults with mental illness in the State are institutionalized in one of the State's costly State Hospitals each year, though many could be served through community-based services if the State's policies, practices, and funding decisions did not privilege hospitalization.

2. The Court should set limits on discovery based on the particular needs of each case. L.U.Civ.R. 26(d).

3. In this case, 150 RPDs and 45 RFAs are appropriate given the scope and complexity of the system at issue and the ongoing civil rights violations occurring in the State.

4. Allowing 150 RPDs and 45 RFAs is consistent with the discovery in similar litigation in other states.

5. For support, the United States attaches the exhibits listed below and files a Memorandum of Authorities in Support of this Motion:

Exhibit A – Proposed Case Management Order

Exhibit B – Joint Stipulation Regarding Discovery

6. The United States respectfully requests that the Court enter a Case Management Order permitting each party to propound 150 RPDs and 45 RFAs.

Respectfully submitted,

| | |
|---|---|
| HAROLD BRITTAIN<br>Acting United States Attorney<br>Southern District of Mississippi | T.E. WHEELER, II<br>Acting Assistant Attorney General<br>Civil Rights Division |
| MITZI DEASE PAIGE<br>Chief, Civil Division<br>Assistant United States Attorney | REBECCA BOND<br>Acting Deputy Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief<br>Special Litigation Section |
| | REGAN RUSH<br>Deputy Chief<br>Special Litigation Section |
| Date:  May 26, 2017 | */s/ Mathew Schutzer*<br>MATHEW SCHUTZER [NY Bar #5136007]<br>C. ADRIENNE MALLINSON<br>DEENA FOX<br>PATRICK HOLKINS<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - PHB<br>Washington, DC  20530<br>Telephone: (202) 616-3179<br>Mathew.Schutzer@usdoj.gov<br><br>*Counsel for the United States* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ Mathew Schutzer*
      Mathew Schutzer (NY Bar #5136007)