IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**V.**                          **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB**

**THE STATE OF MISSISSIPPI**                                     **DEFENDANT**

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE
ORDER REGARDING CCO HEALTH PLAN PROPRIETARY ORDER**

The State of Mississippi (State) requests that the Protective Order Regarding CCO Health Plan Proprietary Information (CCO Protective Order) attached to this Motion as Exhibit 1 be entered by the Court as follows:

1. The State requests that the CCO Protective Order be entered to protect the confidential, trade secret, proprietary, or commercially-sensitive information of (a) Magnolia Health Plan Inc., Cenpatico Behavioral Health LLC and their affiliates and (b) UnitedHealthcare of Mississippi, Inc., United Behavioral Health and their affiliates (collectively, "CCOs").

2. Plaintiff the United States of America does not oppose this Motion.

3. Because this Motion is unopposed, the State requests that the requirement of a separate Memorandum be waived.

### Relief Requested

The State requests that the Court enter the CCO Protective Order attached to this Motion as Exhibit 1.

This, the 14th day of December, 2017.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: */s/ James W. Shelson*
    Reuben V. Anderson, MB 1587
    W. Thomas Siler, MB 6791
    James W. Shelson, MB 9693
    Nicholas Morisani, MB 104970
    4270 I-55 North
    Jackson, Mississippi 39211-6391
    Post Office Box 16114
    Jackson, Mississippi 39236-6114
    Telephone: 601-352-2300
    Telecopier: 601-360-9777
    Email: andersor@phelps.com
        silert@phelps.com
        shelsonj@phelps.com
        nicholas.morisani@phelps.com

    Harold Pizzetta, III, MB 99867
    Assistant Attorney General
    General Civil Division
    Walter Sillers Building
    550 High Street
    Jackson, MS 39201
    Telephone: 601-359-3816
    Telecopier: 601-359-2003
    Email: HPIZZ@ago.state.ms.us

    Mary Jo Woods, MB 10468
    Special Assistant Attorney General
    Mississippi Attorney General's Office
    Walter Sillers Building
    550 High Street
    Jackson, MS 39201
    Telephone: 601-359-3020
    Telecopier: 601-359-2003
    Email: MWOOD@ago.state.ms.us

Attorneys for the State of Mississippi

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2017, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

>  */s/ James W. Shelson*
>  JAMES W. SHELSON