# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 3:16-CV-622-CWR-FKB |
| | : | |
| STATE OF MISSISSIPPI, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION

The Parties stipulate that Mississippi State Hospital, South Mississippi State Hospital, East Mississippi State Hospital, and North Mississippi State Hospital (collectively, "State Hospitals"), are institutional, segregated settings.  This stipulation does not include the Kemper County Group Homes operated by East Mississippi State Hospital.  Also, this stipulation does not address whether treatment in the State Hospitals is appropriate for individuals with disabilities or any individual in particular, or whether any State Hospital is or was the least restrictive setting or environment for individuals with disabilities or any individual in particular, or whether a segregated setting in any State Hospital was unnecessary for individuals with disabilities or any individual in particular.

1

2

Dated April 3, 2018                              Signed,

                                                 PHELPS DUNBAR LLP


                                                 BY:  _/s/ Jim Shelson_____
                                                      Reuben Anderson, MB 1587
                                                      Thomas Siler, MB 6791
                                                      James W. Shelson, MB 9693
                                                      Nick Morisani, MB 104970
                                                      4270 I-55 North
                                                      Jackson, Mississippi 39211-6391
                                                      Post Office Box 16114
                                                      Jackson, Mississippi 39236-6114
                                                      Telephone:  601-352-2300
                                                      Telecopier:  601-360-9777
                                                      Email: reuben.anderson@phelps.com
                                                             tommy.siler@phelps.com
                                                             jim.shelson@phelps.com
                                                             nicholas.morisani.@phelps.com

2

Dated: April 3, 2018

D. MICHAEL HURST, JR.
United States Attorney
Southern District of Mississippi

MITZI DEASE PAIGE [MS BAR 6014]
CANDACE MAYBERRY
Assistant United States Attorneys
501 E. Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 973-2840
mitzi.paige@usdoj.gov
candace.mayberry@usdoj.gov

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

REGAN RUSH
Deputy Chief
Special Litigation Section


/s/ *Ashley McDonald*
ASHLEY MCDONALD [DC BAR #486054]
MATHEW SCHUTZER
C. ADRIENNE MALLINSON
DEENA FOX
PATRICK HOLKINS
KRISTIN HUCEK
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - PHB
Washington, DC  20530
Telephone: (202) 353-1118
Ashley.mcdonald@usdoj.gov

PD.23464807.1