# Exhibit A

**STATE OF MISSISSIPPI**
**JIM HOOD**



**ATTORNEY GENERAL**

CIVIL LITIGATION

August 19, 2016

<u>Via U.S. Mail and Electronic Mail</u>

Adrienne Mallinson
U. S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
adrienne.mallinson@usdoj.gov

    Re:    <u>United States of America vs. State of Mississippi</u>, 3:16cv622 CWR-FKB (United States District Court for the Southern District of Mississippi)

Ms. Mallinson,

    Your request to meet with officials of the University of Mississippi Medical Center in connection with above referenced legal action has been referred to me. The University of Mississippi Medical Center is an arm of the State of Mississippi and is represented in matters connected to litigation by the Mississippi Attorney General's Office. Please direct all inquiries for information from arms or entities of the State of Mississippi to the undersigned counsel from the Mississippi Attorney General's Office.

    Sincerely,

    Harold E. Pizzetta / by fh
    w/ permission

    Harold E. Pizzetta, III
    Assistant Attorney General

HEP:fh

Cc: Jeffrey Walker, Esq.