# Exhibit D

| | |
|---|---|
| **From:** | Jim Shelson (3724) |
| **To:** | Schutzer, Mathew (CRT); Holkins, Patrick (CRT) |
| **Subject:** | United States. v. State of Mississippi |
| **Date:** | Wednesday, August 2, 2017 9:34:06 AM |
| **Attachments:** | image001.gif |

Mat and Patrick,

As you know, the United States has sued the State of Mississippi (State) regarding the State's adult mental health system.  The State includes its political subdivisions, departments, agencies, divisions, committees, boards, and other similar state entities, as well as state court judges. We recently learned that DOJ may have had, or may have attempted to have, ex parte communications with State actors.  It is our position that DOJ should not be having ex parte communications with State actors regarding DOJ's mental health lawsuit against the State.  Please provide a list by Friday, August 4, 2017, of all State actors DOJ has communicated with regarding its mental health lawsuit against the State, and please confirm by that date that DOJ will cease and desist from any such ex parte communications going forward.  If we are unable to promptly resolve this matter, we will seek a teleconference with Judge Ball.  Thank you.

**James W. Shelson**
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211
Direct: 601-360-9724
Fax: 601-360-9777
Email: jim.shelson@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.