# Exhibit E

| | |
|---|---|
| **From:** | Schutzer, Mathew (CRT) |
| **To:** | Jim Shelson (3724) |
| **Cc:** | Holkins, Patrick (CRT); Rush, Regan (CRT); Paige, Mitzi (USAMSS) |
| **Subject:** | Re: United States. v. State of Mississippi |
| **Date:** | Friday, August 18, 2017 10:33:22 AM |

Jim,

I'm writing to confirm our discussion of Tuesday afternoon.  Thanks again for hosting our impromptu meeting at your office.

The State and DOJ are in agreement that for purposes of Mississippi Rule 4.2, county and municipal officials, and the Mississippi Home Corporation are not represented by you.

The State continues to assert that under Rule 4.2 DOJ may not, without the consent of counsel, communicate with any employees – irrespective of their roles or positions – of the state judicial branch or of any other state entities including, but not limited to, the Office of the State Public Defender, public universities and colleges, the Department of Mental Health, and the Division of Medicaid.   DOJ acknowledges that it may not communicate with some individuals, including many at the Department of Mental Health and Division of Medicaid, without the consent of counsel under Rule 4.2, but otherwise contends that the State's position is overbroad and inconsistent with the Rule.

The State offered the following solution for consideration by the parties:

That DOJ not speak to any employees of the Division of Medicaid or the Department of Mental Health without prior consent of counsel.   That DOJ may, for purposes of Rule 4.2, communicate with employees of the judicial branch, the Office of the State Public Defender, public universities and colleges, and employees of any other state agency or entity, without consent of counsel, so long as DOJ agrees not to use statements from those communications affirmatively against the State in this matter.

If we have misunderstood this proposal, please inform us.

We understand that you will consult with your clients and we will similarly consider your proposal and will continue the conversation next week.

Please let us know when you're available to continue the discussion.

Have a good weekend,
Mat

---

**From:** Jim Shelson (3724) <Jim.Shelson@phelps.com>
**Sent:** Tuesday, August 15, 2017 1:33:23 PM
**To:** Schutzer, Mathew (CRT)

**Subject:** RE: United States. v. State of Mississippi

Mat,

That's fine.  See you then.

---

**From:** Schutzer, Mathew (CRT) [mailto:Mathew.Schutzer@usdoj.gov]
**Sent:** Tuesday, August 15, 2017 11:27 AM
**To:** Jim Shelson (3724)
**Cc:** Paige, Mitzi (USAMSS); Rush, Regan (CRT); Holkins, Patrick (CRT); Schutzer, Mathew (CRT)
**Subject:** RE: United States. v. State of Mississippi

Thanks Jim.  Patrick and I are in fact in Jackson and could swing by your office at 3:30 to have this conversation in person if your schedule allows.

---

**From:** Jim Shelson (3724) [mailto:Jim.Shelson@phelps.com]
**Sent:** Monday, August 14, 2017 5:59 PM
**To:** Schutzer, Mathew (CRT) <Mathew.Schutzer@crt.usdoj.gov>
**Cc:** Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; Rush, Regan (CRT) <Regan.Rush@crt.usdoj.gov>; Holkins, Patrick (CRT) <Patrick.Holkins@crt.usdoj.gov>
**Subject:** RE: United States. v. State of Mississippi

Mat,

I am available tomorrow after 3:30 (central).  Thank you.

---

**From:** Schutzer, Mathew (CRT) [mailto:Mathew.Schutzer@usdoj.gov]
**Sent:** Friday, August 11, 2017 11:37 AM
**To:** Jim Shelson (3724)
**Cc:** Paige, Mitzi (USAMSS); Rush, Regan (CRT); Holkins, Patrick (CRT); Schutzer, Mathew (CRT)
**Subject:** RE: United States. v. State of Mississippi

Jim,

This is to confirm our conversation of yesterday morning.

You informed me that the State's position is that you represent, for purposes of Rule 4.2, all "State actors" as defined in your August 2 email, and that, as such, DOJ should not have ex parte conversations with any "State actors."  You further clarified that this includes employees of all public universities and colleges in the State and may include employees of political subdivisions (i.e. county and municipal officials like sheriffs or county supervisors) – a question you will answer after consultation with your client.  As I told you during the call, based on the plain terms of the Rule and associated comment we disagree that Rule 4.2 applies to all "State actors" as you have defined that term.  Instead, it is our position that Rule 4.2 applies only to entities that are represented *in this matter* and then only to certain employees of those represented entities.

Further, I stated that based on the parties' correspondence and discussions last fall, it was our

understanding, as confirmed in our October 11, 2016 letter, that your representation extended only to DMH and DOM and the Mississippi Home Corporation.  Apart from disclaiming representation of MHC on November 8, 2016, you controverted this understanding for the first time during yesterday's call.

We will plan to continue the conversation next week, after you have consulted with your client.  Patrick and I are available from 11:00-1:30 (central) or after 3:30 (central) on Tuesday.  If none of those times work, we can look at finding some time on Wednesday.  During or before this call it would be helpful if you could point us to the authority you are relying on to define "State actors."

We also discussed Adrienne's visit to a resident of Jaquith Nursing Facility on August 14 and agreed that Adrienne will not engage in conversations with State employees regarding the resident's status and treatment; however, she may exchange pleasantries and ask for directions as needed.

If I misunderstood your positions, please let me know.  Otherwise, Patrick and I will be prepared to discuss them during our call next week.

Have a good weekend,
Mat

**From:** Schutzer, Mathew (CRT)
**Sent:** Thursday, August 10, 2017 8:27 AM
**To:** Jim Shelson (3724) <Jim.Shelson@phelps.com>
**Cc:** Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; Rush, Regan (CRT) <Regan.Rush@crt.usdoj.gov>; Holkins, Patrick (CRT) <Patrick.Holkins@crt.usdoj.gov>; Schutzer, Mathew (CRT) <Mathew.Schutzer@crt.usdoj.gov>
**Subject:** RE: United States. v. State of Mississippi

We will give you a call at 10:00 Central.  Thanks.

**From:** Jim Shelson (3724) [mailto:Jim.Shelson@phelps.com]
**Sent:** Wednesday, August 9, 2017 8:54 PM
**To:** Schutzer, Mathew (CRT) <Mathew.Schutzer@crt.usdoj.gov>
**Cc:** Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; Rush, Regan (CRT) <Regan.Rush@crt.usdoj.gov>; Jim Shelson (3724) <Jim.Shelson@phelps.com>; Holkins, Patrick (CRT) <Patrick.Holkins@crt.usdoj.gov>
**Subject:** RE: United States. v. State of Mississippi

Mat,

I'm available tomorrow before 11:00 central and between 1:00 and 3:00 central.  Thank you.

On Aug 9, 2017 12:51 PM, "Schutzer, Mathew (CRT)" <Mathew.Schutzer@usdoj.gov> wrote:

> Jim,

Patrick and I left you a voicemail a little while ago, to follow up on the below email.  Please let us know when you have time to discuss the issue of represented parties.  We are available for most of the week.  Later this afternoon is particularly open for us, but we can probably make ourselves available at most times that work for you.

In addition, I am writing as a courtesy to notify you that one of our attorneys, Adrienne Mallinson, will be accompanying the family member of a resident of Jaquith Nursing Facility to visit that resident on Monday, August 14th at 10:00am.  Attorney Mallinson will minimize contact with State employees and avoid conversation with State employees related to the litigation while she is there.  We are letting you know in case your client wishes to have representation on site at the time of the visit.

Best,
Mat

---

**From:** Schutzer, Mathew (CRT)
**Sent:** Friday, August 4, 2017 3:31 PM
**To:** Jim Shelson (3724) <Jim.Shelson@phelps.com>
**Cc:** Holkins, Patrick (CRT) <Patrick.Holkins@crt.usdoj.gov>; Rush, Regan (CRT) <Regan.Rush@crt.usdoj.gov>; Paige, Mitzi (USAMSS) <Mitzi.Paige@usdoj.gov>; Schutzer, Mathew (CRT) <Mathew.Schutzer@crt.usdoj.gov>
**Subject:** RE: United States. v. State of Mississippi

Jim,

We assume your concern about "ex parte communications with State actors" arises under Mississippi Rule of Professional Conduct 4.2.  We do not agree that Rule 4.2 prohibits ex parte communications with all "State actors."  To the contrary, as noted in our October 11, 2016 letter to Harold Pizzetta regarding communications with the University of Mississippi Medical Center (attached), Rule 4.2 relates to communications with a party represented by counsel in connection with the matter at hand.  In that letter we set out our understanding that the Attorney General's representation in this matter extended only to the Mississippi Division of Medicaid (DOM), the Department of Mental Health (DMH), and the Mississippi Home Corporation.  You subsequently clarified on November 8, 2016 that you do not represent the Mississippi Home Corporation for purposes of this litigation.  We have not contacted current employees of DMH or DOM (even though Rule 4.2 might permit ex parte communications with some current employees of those agencies).  Consistent with that understanding, we also agreed to define "state" in the discovery stipulation as DMH and DOM.

We will of course continue to abide by our obligations under Rule 4.2 as they relate to the entities you represent in this matter.  However, we are now uncertain as to which entities you assert that you represent in this litigation.  There are individuals and entities in Mississippi other than the DOM and DMH that may have relevant information.  For example, employees of public universities, colleges, or healthcare facilities; local law enforcement officers; public defenders; judicial branch employees; planning districts; or county or municipal officials. We do not agree that all of these individuals and entities are "State actors," or that contact with them would implicate Rule 4.2, but we offer these illustrations so that we can discuss if/how Rule 4.2 applies to any entities you assert you represent and determine how to proceed.

We suggest a phone call to discuss this matter.  We expect we can resolve these questions within the next two weeks.  As a courtesy and to preserve the status quo, while we work to resolve these issues over the next two weeks we will refrain from contacting any employees of State agencies.  To be clear, however, during this period we may continue to communicate with county and municipal entities.

Please let us know your availability for a call.

Have a good weekend,
Mat

**From:** Jim Shelson (3724) [mailto:Jim.Shelson@phelps.com]
**Sent:** Wednesday, August 2, 2017 9:33 AM
**To:** Schutzer, Mathew (CRT) <Mathew.Schutzer@crt.usdoj.gov>; Holkins, Patrick (CRT) <Patrick.Holkins@crt.usdoj.gov>
**Subject:** United States. v. State of Mississippi

Mat and Patrick,

As you know, the United States has sued the State of Mississippi (State) regarding the State's adult mental health system.  The State includes its political subdivisions, departments, agencies, divisions, committees, boards, and other similar state entities, as well as state court judges. We recently learned that DOJ may have had, or may have attempted to have, ex parte communications with State actors.  It is our position that DOJ should not be having ex parte communications with State actors regarding DOJ's mental health lawsuit against the State.  Please provide a list by Friday, August 4, 2017, of all State actors DOJ has communicated with regarding its mental health lawsuit against the State, and please confirm by that date that DOJ will cease and desist from any such ex parte communications going forward.  If we are unable to promptly resolve this matter, we will seek a teleconference with Judge Ball.  Thank you.



**James W. Shelson**

Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211
Direct: 601-360-9724
Fax: 601-360-9777
Email: jim.shelson@phelps.com

<!--[if !vml]--><!--[endif]-->

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.