# Exhibit H

| | |
|---|---|
| **From:** | Jim Shelson (3724) |
| **To:** | Schutzer, Mathew (CRT); Holkins, Patrick (CRT) |
| **Cc:** | Nick Morisani (3351); Alysha Jordan (1242); Mortensen, Susan (CRT); Johnson, Phillip (CRT); Yancey, Renee (USAMSS) |
| **Subject:** | RE: U.S. v. Mississippi - deposition notices |
| **Date:** | Monday, March 26, 2018 12:06:04 PM |

Mat,

The Comment to Rule 4.2 reads in pertinent part as follows:  "In the case of an organization, this rule prohibits communications by a lawyer for one party concerning the matter in representation with persons having managerial responsibility on behalf of the organization, and with any other person whose act or omission in connection with the matter may be imputed to the organization for purposes of civil or criminal liability or whose statement may constitute an admission on the part of the organization."  Dr. McGinnis fits into all three prongs of the Comment to Rule 4.2.  Therefore, we object to DOJ having any substantive ex parte communications with Dr. McGinnis regarding this matter.  We agree only that DOJ can have non-substantive communications with Dr. McGinnis, such as, for example, to ascertain his availability for a deposition.  To the extent DOJ has any substantive communications with Dr. McGinnis, or any other former employees within the scope of the Comment to Rule 4.2, the State reserves its rights, including to move to exclude any information or evidence obtained through any such communications.  The State likewise reserves all objections to any discovery devices DOJ serves on any former employees.  Thank you.

**From:** Schutzer, Mathew (CRT) <Mathew.Schutzer@usdoj.gov>
**Sent:** Friday, March 23, 2018 8:57 AM
**To:** Jim Shelson (3724) <Jim.Shelson@phelps.com>; Holkins, Patrick (CRT) <Patrick.Holkins@usdoj.gov>
**Cc:** Nick Morisani (3351) <Nicholas.Morisani@phelps.com>; Alysha Jordan (1242) <Alysha.Jordan@phelps.com>; Mortensen, Susan (CRT) <Susan.Mortensen@usdoj.gov>; Johnson, Phillip (CRT) <Phillip.Johnson@usdoj.gov>; Yancey, Renee (USAMSS) <Renee.Yancey@usdoj.gov>; Schutzer, Mathew (CRT) <Mathew.Schutzer@usdoj.gov>
**Subject:** RE: U.S. v. Mississippi - deposition notices

Jim,

Based on your response to our deposition notice, we understand that you cannot accept a notice for Dr. McGinnis because he is no longer a DMH employee.  In light of Mississippi Rules of Professional Conduct 4.2, Mississippi Ethics Op. No. 215 of the Mississippi Bar at 1 (March 4, 1994), and our previous communications with you about the scope of your representation, we will direct any communications, discovery requests, and subpoenas directly to any former employees (or their attorneys).  If we do not hear anything to the contrary from you by March 28, 2018, we will proceed as described.

Best,
Mat

**From:** Jim Shelson (3724) [mailto:Jim.Shelson@phelps.com]
**Sent:** Wednesday, February 28, 2018 7:39 AM
**To:** Holkins, Patrick (CRT) <Patrick.Holkins@crt.usdoj.gov>
**Cc:** Nick Morisani (3351) <Nicholas.Morisani@phelps.com>; Alysha Jordan (1242) <Alysha.Jordan@phelps.com>; Schutzer, Mathew (CRT) <Mathew.Schutzer@crt.usdoj.gov>; Mortensen, Susan (CRT) <Susan.Mortensen@crt.usdoj.gov>; Johnson, Phillip (CRT) <Phillip.Johnson@crt.usdoj.gov>; Yancey, Renee (USAMSS) <Renee.Yancey@usdoj.gov>
**Subject:** RE: U.S. v. Mississippi - deposition notices

Patrick and Renee,

Terry Busby can be deposed on March 20.

Andrew Day can be deposed on March 22.

Paul McGinnis is no longer employed by the State.

Veronica Vaughn is not available on March 15.  Please let us know whether you want to depose Vaughn on March 21, which is the day you selected for McGinnis, and we will see if that works for her.  If you do not want to depose Vaughn on March 21, please propose some alternative dates.

Thank you.

---

**From:** Holkins, Patrick (CRT) [mailto:Patrick.Holkins@usdoj.gov]
**Sent:** Friday, February 23, 2018 1:44 PM
**To:** Jim Shelson (3724) <Jim.Shelson@phelps.com>
**Cc:** Nick Morisani (3351) <Nicholas.Morisani@phelps.com>; Alysha Jordan (1242) <Alysha.Jordan@phelps.com>; Schutzer, Mathew (CRT) <Mathew.Schutzer@usdoj.gov>; Mortensen, Susan (CRT) <Susan.Mortensen@usdoj.gov>; Johnson, Phillip (CRT) <Phillip.Johnson@usdoj.gov>; Yancey, Renee (USAMSS) <Renee.Yancey@usdoj.gov>
**Subject:** U.S. v. Mississippi - deposition notices

Jim,

Attached please find deposition notices for:

1. Veronica Vaughn (noticed for Thursday, March 15);
2. Terry Busby (noticed for Tuesday, March 20);
3. Dr. Paul McGinnis (noticed for Wednesday, March 21); and
4. Andrew Day (noticed for Thursday, March 22).

All depositions will take place at the U.S. Attorney's Office in Jackson.  Please let us know whether these dates work for you and the deponents.  If not, we are of course open to working together to find mutually agreeable dates.

Renee Yancey (cc'd) is coordinating these depositions for the U.S. Attorney's Office.  She has requested that the parties provide in advance a list of attendees for each deposition, for security purposes.  At your convenience, please send her the list of attendees appearing on behalf of the State.

Thanks,
Patrick

Patrick Holkins
Trial Attorney
Special Litigation Section, Civil Rights Division
U.S. Department of Justice
202-305-6630