# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 3:16-CV-622-CWR-FKB |
| | : | |
| STATE OF MISSISSIPPI, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF STIPULATION

Plaintiff United States of America and Defendant State of Mississippi enter into the attached Stipulation in this case.

Dated: August 24, 2018

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | JOHN M. GORE<br>Acting Assistant Attorney General<br>Civil Rights Division |
| MITZI DEASE PAIGE [MS BAR 6014]<br>CANDACE MAYBERRY<br>Assistant United States Attorneys<br>501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone: (601) 973-2840<br>mitzi.paige@usdoj.gov<br>candace.mayberry@usdoj.gov | STEVEN H. ROSENBAUM<br>Chief<br>Special Litigation Section<br><br>REGAN RUSH<br>Deputy Chief<br>Special Litigation Section<br><br>/s/ *Mathew Schutzer*_____<br>MATHEW SCHUTZER NY BAR 5136007<br>DEENA FOX<br>PATRICK HOLKINS<br>ASHLEY MCDONALD<br>C. ADRIENNE MALLINSON<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - PHB<br>Washington, DC  20530<br>Telephone: (202) 616-3179<br>Mathew.Schutzer@usdoj.gov |

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing document was served by ECF on August 24, 2018, on the following:

James W. Shelson
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211
Phone: 601-352-2300
Fax: 601-360-9777
Email: jim.shelson@phelps.com
*Attorney for the State of Mississippi*

              /s/ *Mathew Schutzer*
              Mathew Schutzer