IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 3:16-CV-622-CWR-FKB |
| | : | |
| STATE OF MISSISSIPPI, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION**

The United States can communicate with current chancery court judges ex parte in this matter. A chancery court judge is not required to participate in any ex parte communication and may seek legal counsel, including, according to the State, counsel from the Mississippi Attorney General's Office. The United States will not seek to admit a statement that a chancery judge makes as an exception to the hearsay rule as an opposing party statement within the meaning of Fed. Rule of Evidence 801(d)(2)(D). Further, statements of the chancery court judges cannot be imputed to the State in this matter.

2

Dated August 24, 2018    Signed,

            PHELPS DUNBAR LLP


            BY: *  /s/ James W. Shelson*
               Reuben Anderson, MB 1587
               Thomas Siler, MB 6791
               James W. Shelson, MB 9693
               Nick Morisani, MB 104970
               4270 I-55 North
               Jackson, Mississippi 39211-6391
               Post Office Box 16114
               Jackson, Mississippi 39236-6114
               Telephone:  601-352-2300
               Telecopier:  601-360-9777
               Email: reuben.anderson@phelps.com
                  tommy.siler@phelps.com
                  jim.shelson@phelps.com
                  nicholas.morisani.@phelps.com

Dated: August 24, 2018

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | JOHN M. GORE<br>Acting Assistant Attorney General<br>Civil Rights Division |
| MITZI DEASE PAIGE [MS BAR 6014]<br>CANDACE MAYBERRY<br>Assistant United States Attorneys<br>501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone: (601) 973-2840<br>mitzi.paige@usdoj.gov<br>candace.mayberry@usdoj.gov | STEVEN H. ROSENBAUM<br>Chief<br>Special Litigation Section<br><br>REGAN RUSH<br>Deputy Chief<br>Special Litigation Section<br><br>/s/ *Mathew Schutzer*_____<br>MATHEW SCHUTZER<br>DEENA FOX<br>PATRICK HOLKINS<br>ASHLEY MCDONALD<br>C. ADRIENNE MALLINSON<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - PHB<br>Washington, DC  20530<br>Telephone: (202) 616-3179<br>Mathew.Schutzer@usdoj.gov |