IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB**

**THE STATE OF MISSISSIPPI**                                                              **DEFENDANT**

**DEFENDANT'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

The State of Mississippi (State) supplements its responses to Plaintiff's First Set of Requests for Production of Documents as follows:

**REQUEST FOR DOCUMENTS**

25. All documents from January 1, 2000, to the present concerning the State's Mississippi Access to Care ("MAC") plans and any plan that you consider an "Olmstead plan," and all documents and data used to develop those plans.

**Response:** The State objects to the Instructions and Definitions in Plaintiff's First Set of Interrogatories and First Requests for Production of Documents. Plaintiff's Instructions purport to impose requirements different from or in addition to the requirements of the Federal Rules of Civil Procedure (FRCP). Plaintiff's Definitions are overly broad, unduly burdensome, vague, ambiguous, contrary to the scope, purpose, and intent of the FRCP, they seek documents that are neither relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence, and they attempt to impose discovery obligations that are disproportionate to the needs of the case. The State will respond in accordance with the FRCP.

The State objects to Request No. 25 to the extent that it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine. In addition, Request No. 25 is overly broad, unduly burdensome, vague, ambiguous, and contrary to the scope, purpose, and

PD.24224491.1

- 2 -

intent of the FRCP; it seeks documents that are neither relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence; and it seeks discovery that is disproportionate to the needs of the case. Without waiving these objections, see the documents produced as MS-00001222-1345. Additional non-privileged documents responsive to this Request will be produced at a later date as part of Defendant's rolling production.

**First Supplemental Response:** Without waiving the objections set forth above, see the documents previously produced as MS-00001222-1345, MS-00013150-00013155 and the documents listed on Exhibit 1 to this Supplemental Response. See also MS-00145948a and MS-00145948b and the documents publicly available at https://medicaid.ms.gov/mississippi-access-to-care-mac-2-0/. The "Olmstead plan" consists of the MAC plans and the final Strategic Plans (and progress reports) of DMH, EMSH, NMSH, and SMSH from FY 2012 forward which have been previously produced (see, e.g., the documents listed on Exhibit 1 to this Supplemental Response).

Respectfully submitted,

PHELPS DUNBAR LLP

BY: /s/ James Shelson
Reuben V. Anderson, MB 1587
W. Thomas Siler, MB 6791
James W. Shelson, MB 9693
Nicholas Morisani, MB 104970
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: reuben.anderson@phelps.com
tommy.siler@phelps.com
jim.shelson@phelps.com
nicholas.morisani@phelps.com

PD.24224491.1

- 3 -

                      Harold Pizzetta, III, MB 99867
                      Assistant Attorney General
                      General Civil Division
                      Walter Sillers Building
                      550 High Street
                      Jackson, MS 39201
                      Telephone: 601-359-3816
                      Telecopier: 601-359-2003
                      Email: HPIZZ@ago.state.ms.us

                      Mary Jo Woods, MB 10468
                      Special Assistant Attorney General
                      Mississippi Attorney General's Office
                      Walter Sillers Building
                      550 High Street
                      Jackson, MS 39201
                      Telephone: 601-359-3020
                      Telecopier: 601-359-2003
                      Email: MWOOD@ago.state.ms.us

                      Attorneys for the State of Mississippi

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was sent to the following counsel of record by email on August 7, 2018:

    Matthew Schutzer
    C. Adrienne Mallinson
    Deena Fox
    Patrick Holkins
    Trial Attorneys
    Special Litigation Section
    Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W. – PHB
    Washington, D.C. 20530

                                              /s/ James W. Shelson
                                              JAMES W. SHELSON

PD.24224491.1

| ProdBeg | Custodian Name | File Name / Subject |
|---|---|---|
| MS-00004708 | DMH | DMH FY 17 - FY 19 Strategic Plan Mid-Year Progress Report.pdf |
| MS-00004711 | DMH | DMH FY16-FY18 Strategic Plan Mid Year Report.pdf |
| MS-00004719 | DMH | FY14 - FY16 DMH Strategic Plan Mid-Year Report.pdf |
| MS-00004722 | DMH | FY15 - FY17 DMH Strategic Plan Mid-Year Progress Report Revised.pdf |
| MS-00005099 | DMH | FY15 - FY17 DMH Strategic Plan End of Year Progress Report.pdf |
| MS-00006139 | DMH | Strategic Plan CPSS Program.4.10.14.pdf |
| MS-00007694 | DMH | Strategic PlanFY16-FY18.pdf |
| MS-00007927 | DMH | FY15 - FY17 DMH Strategic Plan End of Year Progress Report.pdf |
| MS-00013275 | DMH | 5 Year Strategic Plan FY _2019.pdf |
| MS-00013276 | DMH | 5 Year Strategic Plan FY_2018.pdf |
| MS-00013277 | DMH | 5-Year Strategic Plan FY_2017.pdf |
| MS-00013281 | DMH | DMH Strategic Plan and Building a Better MS Benchmarks.pdf |
| MS-00013285 | DMH | FY14-FY16 Strategic Plan Mid Year Report.pdf |
| MS-00013286 | DMH | FY14-FY16 Strategic Plan.pdf |
| MS-00013291 | DMH | FY15-FY17 STRATEGIC PLAN_001.pdf |
| MS-00013296 | DMH | FY16-FY18 STRATEGIC PLAN.pdf |
| MS-00013318 | DMH | STRATEGIC PLAN FY14-FY16.pdf |
| MS-00013319 | DMH | Strategic Plan FY14.pdf |
| MS-00013320 | DMH | STRATEGIC PLAN POLICY (1_001.pdf |
| MS-00013347 | DMH | FY13-17 DMH Strategic Plan Final newe.pdf |
| MS-00013348 | DMH | FY13-17 DMH Strategic Plan Final.pdf |
| MS-00013420 | DMH | FY14 - FY16 DMH Strategic Plan Final.pdf |
| MS-00013474 | DMH | FY15 - FY17 DMH Strategic Plan End of Year Progress Report.pdf |
| MS-00013475 | DMH | FY15 - FY17 DMH Strategic Plan Final.pdf |
| MS-00013476 | DMH | FY15 - FY17 DMH Strategic Plan Mid Year Progress Report.pdf |
| MS-00013478 | DMH | FY15 - FY17 DMH Strategic Plan Revised 1.15.pdf |
| MS-00013479 | DMH | FY15-FY17 DMH Strategic Plan AchieveIt.pdf |
| MS-00013481 | DMH | List-FY15 - FY17 DMH Strategic Plan Mid Year Progress Report.pdf |
| MS-00013514 | DMH | FY16 - FY18 DMH Strategic Plan.pdf |
| MS-00013549 | DMH | DMH FY16 - FY18 Strategic Plan End of Year Progress Report.pdf |
| MS-00013571 | DMH | DMH FY16 - FY18 Strategic Plan End of Year Progress Report.pdf |
| MS-00013588 | DMH | FY17 - FY19 DMH Strategic Plan Final.pdf |
| MS-00013593 | DMH | List-DMH FY16-FY18 Strategic Plan-081116082644PM.pdf |
| MS-00013603 | DMH | DMH FY18 - FY20 Strategic Plan.pdf |
| MS-00013605 | DMH | FY18 - FY20 DMH Strategic Plan Final.pdf |
| MS-00013625 | DMH | DMH Strategic Plan and SWOT Results Final Report.pdf |
| MS-00013941 | DMH | DMH Strategic Plan's Third Year.pdf |

EXHIBIT 1

| | | |
|---|---|---|
| MS-00013950 | DMH | FY 2011-2021 DMH Strategic Plan.pdf |
| MS-00013951 | DMH | FY 2012-2016 DMH Strategic Plan 5-16.pdf |
| MS-00013952 | DMH | FY 2012-2016 DMH Strategic Plan 5-161pm.pdf |
| MS-00013953 | DMH | FY 2012-2016 DMH Strategic Plan 5-163pm.pdf |
| MS-00013954 | DMH | FY 2012-2016 DMH Strategic Plan 5-17 am.pdf |
| MS-00013955 | DMH | FY 2012-2016 DMH Strategic Plan.pdf |
| MS-00013984 | DMH | FY 2012 Strategic Plan Goals Revision survey results.pdf |
| MS-00014076 | DMH | Strategic Plan Progress Rept.pdf |
| MS-00014155 | DMH | 2nd Quarter Strategic Plan Progress Rept.pdf |
| MS-00014389 | DMH | DMH Strategic Plan's Second Year.pdf |
| MS-00014398 | DMH | FY 2012-2016 DMH Strategic Plan 6-16.pdf |
| MS-00014594 | DMH | FY 2011 Strategic Plan Annual Report.pdf |
| MS-00014596 | DMH | FY11 Strategic Plan Fourth Quarter Progress Report.pdf |
| MS-00014635 | DMH | FY 2012-2016 DMH Strategic Plan final.pdf |
| MS-00014779 | DMH | STRATEGIC PLAN OUTLINE.pdf |
| MS-00014798 | DMH | Strategic Plan 5-27.pdf |
| MS-00014800 | DMH | Strategic Plan 6-15-2009 Final.pdf |
| MS-00014801 | DMH | Strategic Plan Binder Single.pdf |
| MS-00014806 | DMH | Strategic Plan overview.pdf |
| MS-00014808 | DMH | STrategic Plan.pdf |
| MS-00014814 | DMH | Year 1- 3 DMH Strategic Plan Development.pdf |
| MS-00014816 | DMH | Year 2 DMH Strategic Plan's Second Year.pdf |
| MS-00014949 | DMH | FY15 - FY17 DMH Strategic Plan End of Year Progress Report.pdf |
| MS-00015446 | DMH | FY13-17 DMH Strategic Plan Final newe.pdf |
| MS-00015447 | DMH | FY13-17 DMH Strategic Plan Final.pdf |
| MS-00015494 | DMH | FY14 - FY16 DMH Strategic Plan Final.pdf |
| MS-00015535 | DMH | FY15 - FY17 DMH Strategic Plan Final.pdf |
| MS-00015574 | DMH | FY16 - FY18 DMH Strategic Plan.pdf |
| MS-00015605 | DMH | DMH FY16 - FY18 Strategic Plan End of Year Progress Report.pdf |
| MS-00015617 | DMH | 2016 Feedback Survey DMH Strategic Plan Final.pdf |
| MS-00015627 | DMH | DMH FY16 - FY18 Strategic Plan End of Year Progress Report.pdf |
| MS-00015644 | DMH | FY17 - FY19 DMH Strategic Plan Final.pdf |
| MS-00015659 | DMH | DMH FY18 - FY20 Strategic Plan.pdf |
| MS-00015661 | DMH | FY18 - FY20 DMH Strategic Plan Final.pdf |
| MS-00015662 | DMH | FY18 - FY20 DMH Strategic Plan.pdf |
| MS-00015681 | DMH | DMH Strategic Plan and SWOT Results Final Report.pdf |
| MS-00015687 | DMH | Department of Mental Health 2020 Strategic Plan FINAL.pdf |
| MS-00016010 | DMH | FY 2011-2021 DMH Strategic Plan.pdf |

| | | |
|---|---|---|
| MS-00016011 | DMH | FY 2012-2016 DMH Strategic Plan 5-16.pdf |
| MS-00016012 | DMH | FY 2012-2016 DMH Strategic Plan 5-161pm.pdf |
| MS-00016013 | DMH | FY 2012-2016 DMH Strategic Plan 5-163pm.pdf |
| MS-00016014 | DMH | FY 2012-2016 DMH Strategic Plan 5-17 am.pdf |
| MS-00016015 | DMH | FY 2012-2016 DMH Strategic Plan.pdf |
| MS-00017020 | DMH | Year 1- 3 DMH Strategic Plan Development_LR_9.12.2011.pdf |
| MS-00017131 | DMH | FY13-17 DMH Strategic Plan_Final.pdf |
| MS-00017857 | DMH | 5 Year Strategic Plan FY _2019.pdf |
| MS-00017858 | DMH | 5 Year Strategic Plan FY_2018.pdf |
| MS-00017859 | DMH | 5-Year Strategic Plan FY_2017.pdf |
| MS-00022488 | DMH | All DMH Five Year Strategic Plans FY18 - FY22.pdf |
| MS-00017860 | DMH | All DMH FY19-FY23 Strategic Plans 371-01 382-00 374-00 372-00 386-00 385-00 387-00 373-00.pdf |
| MS-00017876 | DMH | DMH 5 Year Central Office Strategic Plan for LBO FY17 - FY21 (371-00 and 371-01).pdf |
| MS-00017877 | DMH | DMH Comprehensive 5 Year Strategic Plan for LBO FY2017 - FY2021 (370-00).pdf |
| MS-00017878 | DMH | DMH Comprehensive Strategic Plan for LBO FY18 - FY22 (370-00) revised 8.12.16.pdf |
| MS-00017879 | DMH | Five Year Comprehensive Strategic Plan for LBO FY2018 - FY2022 (370-00) revised 8.22.pdf |
| MS-00017880 | DMH | Five Year Comprehensive Strategic Plan for LBO FY2018 - FY2022 revised 8.12.pdf |
| MS-00017881 | DMH | Five Year Comprehensive Strategic Plan for LBO FY2018 - FY2022 revised 9.12.16.pdf |
| MS-00017897 | DMH | DMH Central Office Strategic Plan for LBO FY18 - FY22 (371-00 and 371-01).pdf |
| MS-00017898 | DMH | DMH Comprehensive Strategic Plan for LBO FY18 - FY22 (370-00) revised 8.12.16.pdf |
| MS-00017899 | DMH | DMH Comprehensive Strategic Plan for LBO FY18 - FY22 (370-00).pdf |
| MS-00017900 | DMH | Five Year Central Office Strategic Plan for LBO FY2018 - FY2022 (371-00 and 371-01).pdf |
| MS-00017904 | DMH | Five Year Comprehensive Strategic Plan for LBO FY2018 - FY2022.pdf |
| MS-00017905 | DMH | Five Year Strategic Plan for LBO FY2018 - FY2022.pdf |
| MS-00017917 | DMH | Five Year Central Office Strategic Plan for LBO FY2019 - FY2023 371-01.pdf |
| MS-00017918 | DMH | Five Year Central Office Strategic Plan for LBO FY2019 - FY2023.pdf |
| MS-00017919 | DMH | Five Year Comprehensive Strategic Plan for LBO FY2019 - FY2023.pdf |
| MS-00018581 | EMSH | EMSH Five Year Strategic Plan 2011-16.pdf |
| MS-00018582 | EMSH | EMSH Five Year Strategic Plan 2012-16.pdf |
| MS-00018583 | EMSH | EMSH Five Year Strategic Plan 2013-17.pdf |
| MS-00018584 | EMSH | EMSH Five Year Strategic Plan 2014-18.pdf |
| MS-00018585 | EMSH | EMSH Five Year Strategic Plan 2015-19.pdf |
| MS-00018586 | EMSH | EMSH Five Year Strategic Plan 2016-20.pdf |
| MS-00018587 | EMSH | EMSH Five Year Strategic Plan 2017-21.pdf |
| MS-00018588 | EMSH | EMSH Five Year Strategic Plan 2018-22.pdf |
| MS-00019766 | MSH | MSH Strategic Plan Jan05 - FY2008.pdf |
| MS-00019960 | MSH | MSH Strategic Plan FY2012 - FY2014 (2).pdf |
| MS-00019961 | MSH | MSH Strategic Plan FY2012 - FY2014.pdf |

| | | |
|---|---|---|
| MS-00019974 | MSH | MSH Strategic Plan 2014.pdf |
| MS-00019976 | MSH | MSH Strategic Plan FY 15 - 17.pdf |
| MS-00019977 | MSH | MSH Strategic Plan FY15, September 3, 2014.pdf |
| MS-00019980 | MSH | Comprehensive MSH Strategic Plan FY 2016 - 2018.pdf |
| MS-00021872 | NMSH | 5 Year Strategic Plan for Fiscal Years 2011 Through 2015.pdf |
| MS-00021873 | NMSH | 5 Year Strategic Plan for Fiscal Years 2012 Through 2016.pdf |
| MS-00021874 | NMSH | 5 Year Strategic Plan for Fiscal Years 2013 Through 2017.pdf |
| MS-00021875 | NMSH | 5 Year Strategic Plan for Fiscal Years 2014 Through 2018.pdf |
| MS-00021876 | NMSH | 5 Year Strategic Plan for Fiscal Years 2015 Through 2019.pdf |
| MS-00021877 | NMSH | 5 Year Strategic Plan for Fiscal Years 2016 Through 2020.pdf |
| MS-00021878 | NMSH | FY2017 through FY2021 - Five-Year Strategic Plan - North Mississippi State Hospital - 384 - August 12, 2015.pdf |
| MS-00021999 | SMSH | SMSH - Five-Year Strategic Plans 2002-2022.pdf |
| MS-00023897 | Debbie Furguson | 2016 DMH Strategic Plan.pdf |
| MS-00024099 | Debbie Furguson | FY13 Second Quarter Progress Report.pdf |
| MS-00024120 | Debbie Furguson | FY14 - FY16 DMH Strategic Plan Final 06242013.pdf |
| MS-00024677 | A Tucker | South Mississippi State Hospital 388-00.pdf |
| MS-00024814 | C Ashley | DMH FY16-FY18 Strategic Plan End of Year Progress Report.pdf |
| MS-00024816 | C Ashley | DMH FY16-FY18 Strategic Plan End of Year Report.pdf |
| MS-00024830 | C Ashley | Five Year Strategic Plan for LBO FY2018 - FY2022.doc |
| MS-00024854 | C Ashley | Five Year Central Office Strategic Plan for LBO FY2018 - FY2022.doc |
| MS-00024963 | C Ashley | strategicplan2017-2021---SMSH 7-31-2015.docx |
| MS-00024982 | C Ashley | Five Year Strategic Plan for LBO.doc |
| MS-00025307 | C Ashley | strategicplan2018-2022---SMSH 7-8-2016.docx |
| MS-00025321 | C Ashley | strategicplan2018-2022---SMSH 7-5-2016.docx |
| MS-00025326 | C Ashley | strategicplan2018-2022---SMSH 6-24-2016.docx |
| MS-00025420 | C Ashley | South Mississippi State Hospita final 8-15 388-00.pdf |
| MS-00025441 | C Ashley | strategicplan2017-2021---SMSH 8-3-2015.docx |
| MS-00025506 | C Ashley | SOUTH MISSISSIPPI STATE HOSPITAL   388CA.docx |
| MS-00025959 | Aundra Agnew | 5 Year Strategic Plan for Fiscal Years 2016 Through 2020.docx |
| MS-00026374 | Debra Wuichet | Strategic Plan.pptx |
| MS-00026849 | Helen Vance | Strategic Plan Instructions FY 2016 - 2020.pdf |
| MS-00027214 | Helen Vance | DMH Comprehensive 5 YearStrategic Plan for LBO FY2017 - FY2021 (370-00).pdf |
| MS-00027230 | Helen Vance | Combined_Report-062316042924PM.pdf |
| MS-00027238 | Helen Vance | Five Year Central OfficeStrategic Plan for LBO FY2018 - FY2022.doc |
| MS-00027295 | Helen Vance | 20160810142137915.pdf |
| MS-00027324 | Helen Vance | FY 2019 - 2023 Strategic Plan Instructions PDF.pdf |
| MS-00029886 | Joe Rails | FY2017 through FY2021 - Five-YearStrategic Plan - North Mississippi State Hospital - 384 - August 12,2015.pdf |
| MS-00030647 | Paul Callens | FY12 Annual Report Final.pdf |
| MS-00030720 | Paul Callens | FY13-FY17 Goal.Objectives.Action Plan.docx |

| | | |
|---|---|---|
| MS-00031020 | Paul Callens | FY15 - FY17 DMH Strategic PlanMid-Year Progress Report Revised.pdf |
| MS-00031660 | Alicia Harris | FY17 Annual Report, 1st quarter (2).docx |
| MS-00032075 | Amanda Matson | STF Strategic Plan FY19_FY23 6_27_17.docx |
| MS-00032756 | James Chastain | strategic plan quarterly report (Sharon).xlsx |
| MS-00032785 | James Chastain | FY17 Annual Report.docx |
| MS-00032829 | James Chastain | FY14 - FY16 MSH & DMH Combined Plan.rtf |
| MS-00033127 | James Chastain | MSH Strategic Plan 2017.docx |
| MS-00033295 | Joseph Kastner | FY17 Annual Report, 1st quarter (2).docx |
| MS-00034168 | Charles Carlise | East Mississippi State Hospital - 372-00 Five Year Strategic Plan 2018-2022.docx |
| MS-00037263 | Geri Doggett | EMSH 2016 Five Year Strategic Plan revised.docx |
| MS-00037466 | Geri Doggett | EMSH 2016 Five Year Strategic Plan.docx |
| MS-00042495 | Adam Moore | DMH FY16-FY18 Strategic Plan Mid Year Report.xlsx |
| MS-00042548 | Adam Moore | FY16 - FY18 DMH Strategic Plan 2.pdf |
| MS-00042732 | Adam Moore | NMRC.pdf |
| MS-00042734 | Adam Moore | SMRC.pdf |
| MS-00042736 | Adam Moore | DMH 1st quarter FY 2016.pdf |
| MS-00043413 | Adam Moore | FY16 - FY18 DMH Strategic Plan Mid-Year Progress Report.pdf |
| MS-00043414 | Adam Moore | DMH FY16-FY18 Strategic Plan Mid Year Report 2.pdf |
| MS-00043479 | Adam Moore | List-DMH FY16-FY18 Strategic Plan-020116015926PM.pdf |
| MS-00044828 | Diana Mikula | FY13 - FY17 Goal Breakdown.pdf |
| MS-00044834 | Diana Mikula | STF 5YR Strategic Plan 2014-2018.pdf |
| MS-00046113 | Kimela Smith | FY13 Annual Report Final.doc |
| MS-00046512 | Kimela Smith | FY13-17 DMH Strategic Plan Final goals 2 & 3.pdf |
| MS-00046599 | Kimela Smith | FY12 Third Quarter Progress Report FINAL.pdf |
| MS-00047133 | Kimela Smith | Strategic Plan.docx |
| MS-00047136 | Kimela Smith | FY16 - FY18 DMH Strategic Plan.pdf.docx |
| MS-00050370 | Andrew Day | FY17 - FY19 Breakdown with Responsible Parties.docx |
| MS-00055639 | Aurora Baugh | FY12 Strategic Plan Annual Report - Veronica.doc |
| MS-00056986 | Diana Mikula | FY14 - FY16 End of Year Report.pdf |
| MS-00057094 | Diana Mikula | FY12 First Quarter Progress Report all goals final 10-18.pdf |
| MS-00059055 | Jake Hutchins | FY12 Second Quarter Progress Report all goals.pdf |
| MS-00059301 | Jake Hutchins | Strategic PLan Implementation Steps fy12.doc |
| MS-00059560 | Kelly Breland | STF Strategic Plan Numbers for the Budget FY18.xlsx |
| MS-00061516 | Kris Jones | fy 12 objectives.pdf |
| MS-00061761 | Lisa Henick | Combined Mississippi Olmstead Strategic Action Plan - 2013.docx |
| MS-00064217 | Matt Armstrong | Five Year Strategic Plan for LBO FY2017 - FY2021.doc |
| MS-00064293 | Matt Armstrong | Five Year Central Office Strategic Plan for LBO FY2017 - FY2021.doc |
| MS-00064305 | Matt Armstrong | Final HRC 5 Year Strategic Plan 2017-2021.docx |

| | | |
|---|---|---|
| MS-00064371 | Matt Armstrong | FY16 - FY18.docx |
| MS-00065070 | Matt Armstrong | Strategic Plan PDF with cover page.pdf |
| MS-00065277 | Matt Armstrong | FY13 Strategic Plan Budget Request.pdf |
| MS-00065279 | Matt Armstrong | 2291_001.pdf |
| MS-00067382 | Molly Portera | REGION 4 MPP Strategic Plan 2013 (2).docx |
| MS-00069488 | Shannon Rushton | 2013 Strategic Plan.pdf |
| MS-00073956 | Wendy Bailey | Five Year Comprehensive Strategic Plan for LBO FY2018 - FY2022 revised 9.12.16.doc |
| MS-00073982 | Wendy Bailey | Five Year Comprehensive Strategic Plan for LBO FY2018 - FY2022.doc |
| MS-00074235 | Wendy Bailey | Strategic Plan 2018-2022.docx |
| MS-00074244 | Wendy Bailey | CMRC Strategic Plan 2018-2022 - Final.doc |
| MS-00074951 | Wendy Bailey | SMSH FY18 - 22.pdf |
| MS-00075271 | Wendy Bailey | FY13 third Quarter Progress Report.pdf |
| MS-00075366 | Wendy Bailey | Strategic Plan FY 2014 - 2018.pdf |
| MS-00075559 | Wendy Bailey | Comprehensive MSH Strategic Plan FY 2016 - 2018.docx |
| MS-00075683 | Wendy Bailey | Strategic Plan FY16.docx |
| MS-00077556 | Wendy Bailey | Strategic Plan 8-6-15.docx |
| MS-00077566 | Wendy Bailey | Strategic Plan 2017-2021 Final.doc |
| MS-00077577 | Wendy Bailey | Comprehensive MSH Strategic Plan FY 2016 - 2018 Landscape.docx |
| MS-00077748 | Wendy Bailey | FY16 - FY18 DMH Strategic Plan ash.pdf |
| MS-00077861 | Wendy Bailey | Strategic Plan 2013.docx |
| MS-00077884 | Wendy Bailey | FY 2014 Five Year Plan - Corrected.pdf |
| MS-00078004 | Wendy Bailey | 3943_001.pdf |
| MS-00078242 | Wendy Bailey | 5-year strategic plan.docx |
| MS-00078886 | Wendy Bailey | FY13 Fourth Quarter Progress Report.doc |
| MS-00078996 | Wendy Bailey | Strategic Plan 2017-2021.docx |
| MS-00079190 | Wendy Bailey | Strategic Plan 10-1-14.doc |
| MS-00080215 | Wendy Bailey | FY12 Fourth Quarter Progress Report.pdf |
| MS-00081980 | DOM | DOM 5 Year Strategic Plan FY17-21.docx |
| MS-00114756 | Diana Mikula | FY18 DMH Mid-Year Progress Report.pdf |
| MS-00114778 | Diana Mikula | DMH FY17 End of Year Progress Report.pdf |
| MS-00114908 | Diana Mikula | FY2019 Budget Request Legislative Agenda Final.pdf |
| MS-00116134 | Marc Lewis | EMSH Combined Plans SMSH, NMSH, CMRC.docx |
| MS-00116136 | Marc Lewis | SMSH FY18 - 22.docx |
| MS-00118623 | Wendy Bailey | STRATEGIC PLAN FY14-FY16_046.pdf |
| MS-00118633 | Wendy Bailey | STRATEGIC PLAN FY14-FY16_001.pdf |
| MS-00118679 | Wendy Bailey | FY18-FY20 Strategic Plan_001.pdf |
| MS-00118685 | Wendy Bailey | FY18-FY20 Strategic Plan_065.pdf |
| MS-00118736 | Wendy Bailey | FY14-FY16 Strategic Plan_068.pdf |

| | | |
|---|---|---|
| MS-00118817 | Wendy Bailey | FY16-FY18 STRATEGIC PLAN_001.pdf |
| MS-00118826 | Wendy Bailey | STRATEGIC PLAN FY14-FY16_069.pdf |
| MS-00118936 | Wendy Bailey | Five Year Comprehensive Strategic Plan for LBO FY2019 - FY2023.doc |
| MS-00118950 | Wendy Bailey | EMSH Programs Five Year Strategic Plan 2018-2022.docx |
| MS-00118996 | Wendy Bailey | FY 18 Annual Report NEW.docx |
| MS-00119134 | Wendy Bailey | EMSH Combined Five Year Strategic Plan 2019-2023 372-00.pdf |
| MS-00119328 | Wendy Bailey | EMSH Combined Five Year Strategic Plan 2019-2023.pdf |
| MS-00119447 | Wendy Bailey | NMRC Five Year Strategic Plan FY 2019 to 2023 385-00.pdf |
| MS-00119448 | Wendy Bailey | SMRC Strategic Plan 2019-2023 387-00.pdf |
| MS-00119606 | Wendy Bailey | Strategic Plan 2019-2023.pdf |
| MS-00129639 | Amanda Matson | MSH LBO 5 Year Strategic Plan FY 2019-2023 FINAL.pdf |
| MS-00133851 | Joseph Kastner | MSH Strategic Plan Report-FY17-4th quarter-combined.docx |