```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                    NORTHERN DIVISION
 4    THE UNITED STATES OF                    PLAINTIFF
 5    AMERICA
 6    VS.                        3:16-CV-622-CWR-FKB
 7    THE STATE OF                             DEFENDANT
 8    MISSISSIPPI
 9   ****************************************************
              DEPOSITION OF BRENT HURLEY
10   ****************************************************
11      Taken at the instance of the Plaintiff at the
      offices of United States Attorney's Office for the
12     Southern District of Mississippi, 501 East Court
       Street, Suite 4.430, Jackson, Mississippi 39201,
13       Mississippi, on April 26, 2018, beginning at
14                  approximately 9:20 a.m.
15
16
17              (APPEARANCES NOTED HEREIN)
18
19
20
21                  * * * * * * * *
22                    Reported by:
23                Julie Brown, CCR 1587
24
25
```

Page 82

1 certified. There are some counties that can't meet
2 the certification in their jail because the jails
3 are outdated. And they are not free from
4 impediments that can let them harm themselves. And
5 so there was a discussion of trying to get counties
6 to contract with counties that could meet the
7 requirements that had newer jails. They had safer
8 jails. So there is a possibility that Lafayette
9 County can contract, but we don't regulate that.
10  Q. How many -- do you know how many beds
11 each of these four holding facilities has?
12  A. I can't tell you off the top of my head.
13  Q. And what service -- what mental health
14 services would an individual receive while being
15 held in a designated holding facility?
16  A. The only mental health services that they
17 would receive is that they would be evaluated by a
18 physician or a nurse when they got there. That's
19 part of the standards. And if they stayed there for
20 longer than 72 hours, they would be evaluated again
21 by a physician or a nurse practitioner.
22  Q. Could the physician or nurse practitioner
23 prescribe medication?
24  A. I guess they could if they wanted to.
25  Q. Would that be administered while the

Page 83

1 person was in jail?
2  A. That depends on the -- the jail and the
3 county.
4  Q. Does DMH have a requirement in the
5 operational standards to require designated holding
6 facilities to provide the prescribed medications?
7  A. No.
8  Q. So a person could be actively psychotic,
9 evaluated by a physician, prescribed an
10 antipsychotic, but might not get that antipsychotic?
11  A. That is a possibility.
12  Q. Does DMH keep track if that ever happens?
13  A. No, sir.
14  Q. Does DMH have requirements about how long
15 or how quickly a mobile crisis team needs to respond
16 to a call?
17  A. We do.
18  Q. What are those standards?
19  A. One hour in urban areas and two hours in
20 rural areas.
21  Q. What event starts that clock?
22  A. I would assume the call.
23  Q. And what event stops that clock?
24  A. When the person arrives on the scene with
25 the individual. When this -- when the mobile crisis

Page 84

1 response team staff gets there.
2  Q. So if the mobile crisis team gets a phone
3 call and determines that no face-to-face
4 intervention is required, there's no -- no time
5 limit applies to that particular call?
6  A. Correct.
7  Q. Now, how does DMH define an urban
8 setting?
9  A. I don't know that DMH defines an urban
10 setting.
11  Q. Does any state entity define urban and
12 rural for purposes of this operational standard?
13  A. I do not know.
14  Q. How do you measure whether a mobile
15 crisis team is meeting that requirement?
16  A. I believe when the certification team
17 goes out and reviews the call logs and they look at
18 the time on the form that the mobile crisis response
19 team fills out is how they determine that.
20  Q. Okay. I hand you a document that's been
21 previously marked as Exhibit 110.
22   (Whereupon, Exhibit No. 110 marked for
23     identification.)
24 BY MR. SCHUTZER:
25  Q. This is Department of Mental Health's

Page 85

1 consolidated budget request for the fiscal year
2 ending June 30, 2019. This page is 1, 106 through
3 130 of this document. I have the full one here if
4 you would like to look at it, but I think for our
5 purposes we'll be fine. Do you see the page numbers
6 I'm referring to when I talk about 1, 106 to 130?
7  A. Yes, sir.
8  Q. Okay. Do you have any role in preparing
9 DMH's budget submissions?
10  A. No, sir.
11  Q. Are you aware of the performance
12 indicators and measures that are contained in the
13 budget requests?
14  A. I am not.
15  Q. Turn to page 106. We'll take a look at
16 some of those.
17   I said 106, but I actually will be focusing
18 on the ones on page 107 if you want to jump there.
19 Just take a look and let me know when you've looked
20 at this page.
21  A. Okay.
22  Q. Does any of this look familiar?
23  A. The number of calls, the number of
24 face-to-face visits is -- is familiar.
25  Q. Okay. And those are data points that

Page 98

1  75 to 80 percent.
2    Q.  You would expect it to be 75 to
3  80 percent of the number of face-to-face visits?
4    A.  Yes, sir.
5    Q.  Okay. Other than this conversation that
6  you and I are having right now, have you ever looked
7  into these numbers to see if they are meeting your
8  expectations?
9    A.  No, sir.
10   Q.  How did you get the information that you
11 supplied for these outputs?
12   A.  I don't know that I actually supplied
13 this information. Any information that I supplied
14 to this report would have been drawn from the CDR
15 for mobile crisis response teams.
16   Q.  Okay. Do you know what the column that's
17 the middle column, the one that says "On track," do
18 you know what that column is referring to?
19   A.  That column is referring to whether or
20 not the plan -- the plan is -- has been achieved by
21 midyear or if it's on track to be achieved.
22   Q.  And for something like the output number
23 of face-to-face visits, do you know who makes the
24 determination about whether it's on track or not?
25   A.  I don't.

Page 99

1    Q.  Did you make that decision?
2    A.  I did not.
3    Q.  Okay. Do you know what would cause, for
4  example, the output number of contact/calls to be on
5  or off track?
6    A.  I -- I don't know specifically, no.
7    Q.  Okay. If you could turn back to
8  Exhibit 110, which is the consolidated budget
9  requests. If you look in the -- where it's --
10 actually, still on page 107. In the middle of the
11 page there are listed some program efficiencies.
12   A.  Uh-huh (affirmative response).
13   Q.  And Program Efficiency Number 4 is, "The
14 average cost per response by mobile crisis response
15 teams."
16      Do you -- is the average cost per response
17 by mobile crisis team something that you keep track
18 of?
19   A.  No, sir.
20   Q.  Is that information that's reported by
21 the mobile crisis teams in their monthly reports?
22   A.  I have no idea.
23   Q.  Do you know where --
24   A.  I'm sorry. It doesn't come in the
25 reports that they send me.

Page 100

1    Q.  Okay.
2    A.  I don't know where this number came from.
3    Q.  Okay. Have you ever talked with mobile
4  crisis teams about ways they could reduce their
5  average cost per response?
6    A.  I have not.
7    Q.  Do you, sitting here right now, have
8  thoughts on how a CMHC might accomplish that?
9    A.  No, sir.
10   Q.  Okay. Mobile crisis services are
11 Medicaid reimbursable; is that correct?
12   A.  I believe they are.
13   Q.  How -- do you know how a CMHC goes about
14 receiving reimbursement through Medicaid for mobile
15 crisis?
16   A.  I do not.
17   Q.  Are you familiar with Medicaid's
18 regulations about mobile crisis services?
19   A.  I am not.
20   Q.  Are you familiar with any requirements
21 for prior authorization for mobile crisis services?
22   A.  No, sir.
23   Q.  You're aware of requirements for prior
24 authorization for crisis stabilization units?
25   A.  I've gotten some questions from the CSU

Page 101

1  directors about prior authorizations, but I'm not
2  really familiar with how that -- how they work.
3    Q.  Okay. Do you know if mobile crisis teams
4  carry or follow -- yeah, follow up on clients who
5  call the team?
6    A.  I assume they do. I don't know for sure
7  that they follow up on every client. I think it
8  would be a case-by-case basis.
9    Q.  Do you know if there are any teams that
10 have something like a caseload of people they follow
11 on a regular basis?
12   A.  I don't know that specifically.
13   Q.  Okay. Do you know if there are any CMHCs
14 that use their mobile crisis teams to provide
15 services other than crisis services?
16   A.  I recall being told by some mental health
17 centers that if someone were to get out of the
18 hospital and it was going to be a while before they
19 could get in to see a physician, that the mobile
20 crisis teams would go out and check on the
21 individual.
22   Q.  And is that an approved use of mobile
23 crisis grant funding?
24   A.  I think that if it keeps an individual in
25 the community and not going back to the state

Page 74

1 A. I do not.
2 Q. Why not?
3 A. I think the jails should provide the
4 services at the county level.
5 Q. Why is that a service that should be
6 provided by the jails instead of the CMHCs?
7 A. Because every county's got a different
8 sheriff and every sheriff does everything -- does
9 things differently. And the community mental health
10 centers truly don't get enough funding to provide
11 extra services that they are not already providing.
12 Now, some community health centers work very closely
13 with their jails I -- I believe, but it just depends
14 on the county, depends on the sheriff, and the
15 mental health center.
16 Q. Could DMH provide funding to CMHCs so
17 that they could afford to provide services to
18 individuals in jails?
19 A. If the legislature would give us the
20 money we could.
21 Q. Has DMH asked for that money?
22 A. I don't know.
23 Q. Who would know?
24 A. Ms. Mikula.
25 Q. Is there anyone other than Ms. Mikula who

Page 75

1 would know?
2 A. Not that I know of.
3 Q. Other than the current work you're doing
4 on the Attorney General's task force, have you been
5 involved in anything related to reinstating Medicaid
6 benefits for individuals who are released from
7 incarceration?
8 A. I made a call to the Department of
9 Medicaid some years ago. I can't remember who I
10 spoke to. And asked what the possibility of us
11 getting benefits reinstated to people who were
12 all -- who were previously eligible before they were
13 incarcerated. If we knew their release date, if we
14 could set up a system to ensure that their benefits
15 were turned back on the day after they got -- that
16 they were released. And I was -- the individual I
17 spoke to said "no."
18 Q. Did the individual you spoke to say why
19 that would not be possible?
20 A. Uh-uh (negative response).
21 Q. Did you ask?
22 A. I asked. He said, "It ain't going to
23 happen."
24 Q. Do you definitely recall that the person
25 you called was male?

Page 76

1 A. He was male.
2 Q. Okay. Beyond that, do you remember who
3 it was?
4 A. I do not.
5 Q. Okay. At the bottom of the page 1 of
6 Exhibit 147 states, "The group felt like it is wrong
7 for a person to ever have to wait in a jail for an
8 inpatient bed, that we need more CSUs."
9 Do you see that?
10 A. I do.
11 Q. Okay. Did you agree that it was wrong
12 for a person to ever have to wait in a jail for an
13 inpatient bed?
14 A. I do agree with that.
15 Q. Why is that wrong?
16 A. Because they should be receiving
17 treatment, not be locked in a jail cell.
18 Q. Does that still happen in Mississippi?
19 A. It does.
20 Q. How frequently does that happen?
21 A. I couldn't answer.
22 Q. Is there anyone at DMH who would know the
23 answer to that question?
24 A. No, sir.
25 Q. Does DMH track whether people spend time

Page 77

1 in a jail between -- before being placed in an
2 inpatient bed?
3 A. The CSUs track the people that come to
4 them, if they can get the information, and I'm not
5 sure they can always get that information. They try
6 to track how many days an individual had to stay in
7 a jail before they came to the CSU. Whether or not
8 the state facilities are tracking that, I don't
9 know.
10 Q. Do those CSUs -- are the CSUs sometimes
11 unable to get information about where a person came
12 from before arriving at the CSU?
13 A. I would be speculating if I gave you an
14 answer on that.
15 MR. SCHUTZER: Can you read back?
16 (Record read back as requested).
17 BY MR. SCHUTZER:
18 Q. Why are you not sure whether the CSUs can
19 get the information?
20 A. I don't know that they can always get the
21 information from a deputy bringing an individual if
22 the deputy even knows how long the individual has
23 been staying. I'm not sure where they are getting
24 their information from.
25 Q. So the CSUs are able to know whether