# EXHIBIT A

1    IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT
3             NORTHERN DIVISION
4  UNITED STATES OF AMERICA
5                                      PLAINTIFF
6  V.              CAUSE NO. 3:16-CV-622-CWR-FKB
7
8  STATE OF MISSISSIPPI
9                                      DEFENDANT
10
11  *****************************************
12         DEPOSITION OF DR. KATHY CROCKETT
13  *****************************************
14      Taken at Hinds Behavioral Health Services
15                   3450 U.S. 80,
16              Jackson, Mississippi,
17        on Tuesday, September 11, 2018,
18     beginning at approximately 11:39 a.m.
19
20           (Appearances Noted Herein)
21
22
23  Reported By:
24         Kelly M. Powell, CCR, #1692
25