EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT

 3                  NORTHERN DIVISION

 4   UNITED STATES OF AMERICA

 5                                           PLAINTIFF

 6   V.              CAUSE NO. 3:16-CV-622-CWR-FKB

 7

 8   STATE OF MISSISSIPPI

 9                                           DEFENDANT

10

11   *****************************************

12          DEPOSITION OF CHARLES STAMPLEY

13   *****************************************

14       Taken at Warren Yazoo Behavioral Health

15              3444 Wisconsin Avenue,

16             Vicksburg, Mississippi,

17         on Wednesday, September 12, 2018,

18        beginning at approximately 8:59 a.m.

19

20             (Appearances Noted Herein)

21

22

23   Reported By:

24          Kelly M. Powell, CCR, #1692

25
```