# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**                    **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB**

**THE STATE OF MISSISSIPPI**                                               **DEFENDANT**

## THE STATE OF MISSISSIPPI'S NOTICE OF
## DESIGNATION OF NON-RETAINED EXPERT WITNESSES

On September 28, 2018, the State of Mississippi served its Designation of Non-Retained Expert Witnesses, pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure and Uniform Local Rule 26(a)(2)(D), on Plaintiff via email.

This, the 28th day of September, 2018.

                                                    Respectfully submitted,

                                                    PHELPS DUNBAR LLP

                                                    BY:   */s/ Nash E. Gilmore*
                                                              Reuben V. Anderson, MB 1587
                                                               W. Thomas Siler, MB 6791
                                                               James W. Shelson, MB 9693
                                                                Nicholas Morisani, MB 104970
                                                               Nash E. Gilmore, MB 105554
                                                               4270 I-55 North
                                                               Jackson, Mississippi 39211-6391
                                                               Post Office Box 16114
                                                               Jackson, Mississippi  39236-6114
                                                               Telephone: 601-352-2300
                                                               Telecopier: 601-360-9777
                                                               Email:  andersor@phelps.com
                                                                         silert@phelps.com
                                                                         shelsonj@phelps.com
                                                                         nicholas.morisani@phelps.com
                                                                         nash.gilmore@phelps.com

                                                               Harold Pizzetta, III, MB 99867

Assistant Attorney General
General Civil Division
Walter Sillers Building
550 High Street
Jackson, MS 39201
Telephone: 601-359-3816
Telecopier: 601-359-2003
Email: HPIZZ@ago.state.ms.us

Mary Jo Woods, MB 10468
Special Assistant Attorney General
Mississippi Attorney General's Office
Walter Sillers Building
550 High Street
Jackson, MS 39201
Telephone: 601-359-3020
Telecopier: 601-359-2003
Email: MWOOD@ago.state.ms.us

Attorneys for the State of Mississippi

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2018, a copy of this document was sent to the following counsel of record by email:

Matthew Schutzer
C. Adrienne Mallinson
Deena Fox
Patrick Holkins
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. – PHB
Washington, D.C. 20530

>   */s/ Nash E. Gilmore*
>   NASH E. GILMORE