**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB**

**THE STATE OF MISSISSIPPI**                                                    **DEFENDANT**

**THE STATE OF MISSISSIPPI'S MOTION FOR**
**SUMMARY JUDGMENT FOR LACK OF STANDING**

The State of Mississippi (State or Mississippi) is entitled to summary judgment under FRCP 56 as follows:

1.      Plaintiff filed suit alleging violations of Title II of the Americans With Disabilities Act, as amended, 42 U.S.C. § 12131 *et seq.* (ADA).

2.      Plaintiff erroneously contends the State has violated Title II of the ADA because it is allegedly institutionalizing individuals who should be receiving community-based mental health services.

3.      But Plaintiff lacks standing to bring this action under Title II of the ADA, and so this case should be dismissed.

4.      Alternatively, if the Court declines summary judgment, the Court should stay the proceedings in this case pending the outcome of the Eleventh Circuit's decision in *A.R., et al. v. Sec. Health Care Admin., et al.,* No. 17-13595.  The Eleventh Circuit case involves essentially the same standing issue presented in the State's motion here.

5.      The State's Motion is based on its supporting Memorandum.

**Relief Requested**

For these reasons, the Mississippi's Motion for Summary Judgment For Lack of Standing should be granted.  In the alternative, the State requests a stay of proceedings until the Eleventh Circuit has rendered its opinion in *A.R., et al. v. Sec. Health Care Admin., et al.*, No. 17-13595.

This, the 21st day of December, 2018.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:  /s/ Nash E. Gilmore
Reuben V. Anderson, MB 1587
W. Thomas Siler, MB 6791
James W. Shelson, MB 9693
Nash E. Gilmore, MB 105554
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi  39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: andersor@phelps.com
silert@phelps.com
shelsonj@phelps.com
nash.gilmore@phelps.com

Harold Pizzetta, III, MB 99867
Assistant Attorney General
General Civil Division
Walter Sillers Building
550 High Street
Jackson, MS 39201
Telephone:  601-359-3816
Telecopier:  601-359-2003
Email:  HPIZZ@ago.state.ms.us

Mary Jo Woods, MB 10468
Special Assistant Attorney General
Mississippi Attorney General's Office
Walter Sillers Building
550 High Street
Jackson, MS 39201

PD.25100558.1

Telephone:  601-359-3020
Telecopier:  601-359-2003
Email:  MWOOD@ago.state.ms.us

Attorneys for the State of Mississippi

## **CERTIFICATE OF SERVICE**

I certify that on December 21, 2018, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ Nash E. Gilmore*
NASH E. GILMORE

PD.25100558.1