# EXHIBIT A

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF NORTHERN DIVISION

3              Cause No. 3:16-cv-622-CWR-FKB

4      -----------------------------X

5      UNITED STATES OF AMERICA,

6                Plaintiff,

7          v.

8      STATE OF MISSISSIPPI,

9                Defendants.

10     -----------------------------X

11          DEPOSITION OF THEODORE LUTTERMAN

12

13                Washington, D.C.

14                November 15, 2018

15                   9:06 a.m.

16

17

18

19     Reported by:

20        Karen Brynteson, RMR, CRR, FAPR

21     Job No. 3108666

22