# Exhibit 2

# Expert Report of Melodie Peet

# To be filed under seal pending order of the Court