# Exhibit 1

# Expert Report of Robert Drake

# To be filed under seal pending order of the Court