EXHIBIT 2

Melodie Peet                                    September 25, 2018

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3                      NORTHERN DIVISION

4     - - - - - - - - - - - - - - - x

5     UNITED STATES OF AMERICA,        :

6                     Plaintiff,       :

7         vs.                          : Civil Action No.

8     THE STATE OF MISSISSIPPI,        : 3:16-cv-00622

9                     Defendant.       :

10    - - - - - - - - - - - - - - - x

11    DEPOSITION OF: MELODIE PEET

12    DATE:          Tuesday, September 25, 2018

13    TIME:          8:53 a.m.

14    LOCATION:      Capital Reporting Company

15                   1250 Eye Street, N.W.

16                   Washington, D.C.

17    REPORTED BY:   Denise M. Brunet, RPR

18                   Reporter/Notary

19

20           Capital Reporting Company

21        1250 Eye Street, N.W., Suite 350

22             Washington, D.C.  20005

Melodie Peet                                    September 25, 2018

Page 21

1        Q      When I refer to SMI in this deposition,

2   I'm referring to serious mental illness.   Would

3   that be okay?

4        A      Yes.

5        Q      All right.   How do you know when a state

6   has sufficient community-based services to meet

7   the needs of its SMI population?

8        A      There's no -- you know, there's no

9   formula to answer that question.   I think those of

10  us who work in this field have, you know, wished

11  for that formula for a long time.   But NASMHPD,

12  National Association of Mental Health Program

13  Directors, put out a series of monographs just

14  last year about what an ideal community system

15  would look like or what state hospital need would

16  look like if there was an adequate community

17  mental health system.   And at the front end of

18  that series of monographs, you know, they restated

19  that there's no formula.

20              In my experience, what you have to do is,

21  you know, put the infrastructure in place, the

22  basics that are, you know, really seen as the core

Melodie Peet                          September 25, 2018

Page 22

1   elements of a community-based system, and then

2   monitoring utilization and continue to adapt and

3   expand the services based on that utilization.

4          Because not only does it change based on,

5   you know, numbers of people coming out of state

6   hospitals, for example, if you have, for example,

7   good ACT teams in place, the level of acuity of

8   need will go down over time.  So it's a constantly

9   moving picture that really requires, I would say,

10  annual assessments about demand for services, and

11  then, you know, you've got to figure that out and

12  go back to the legislature with a request for an

13  additional appropriation.  That's been my

14  experience -- or not, depending on the direction

15  the demand is moving.

16       Q    The monographs you just mentioned, did

17  one discuss the need for inpatient psychiatric

18  beds?

19       A    It did.

20       Q    Do you recall its conclusion?

21       A    My recollection is the conclusion was --

22  and this is sort of consistent across most of the

Melodie Peet                        September 25, 2018

Page 55

1      Q    For other community-based services you've

2   identified on pages 11 through 14 of your report,

3   did you make any determinations regarding what it

4   would cost Mississippi to provide any of those

5   services?

6      A    I did not.

7      Q    Do you have any knowledge regarding what

8   states sufficiently provide CSU services to its

9   adults with SMI?

10     A    I have not analyzed that.

11     Q    All right.  Let's take about PACT,

12   P-A-C-T, and intensive case management.  What

13   should Mississippi do regarding PACT?

14     A    I think Mississippi should ensure that

15   there's at least one PACT team in each region.

16   It's been proven to be one of the most effective

17   services at helping to maintain people safely in

18   the community.  I think it's an essential part of

19   the service array.

20     Q    Does PACT have any limitations?

21     A    One of -- there are pluses and minuses to

22   trying to use the PACT model in a rural area.  I

Melodie Peet                        September 25, 2018

Page 56

1    think the pluses are, you know, there's often a

2    paucity of services in rural parts of any state

3    and ACT is designed to be a self-contained service

4    model so you don't have to rely so much on

5    external services.

6           The downside to trying to use PACT

7    sometimes is work force considerations.  I mean,

8    since it relies on an interdisciplinary team with

9    either psychiatrists or an APRN, for example,

10   sometimes it's hard to find those people in rural

11   parts of the state.  So many rural areas have

12   tried adaptations to the PACT model, looking at

13   the differences in the array of professionals on

14   the team, for example.

15        Q    When you refer to ACT, is that the same

16   thing as PACT?

17        A    Sorry, yes.

18        Q    No, it's fine.  Do you think some of the

19   modifications that have been made to PACT in rural

20   areas may be appropriate for rural areas in

21   Mississippi?

22        A    If I were the director, I would try -- I

Melodie Peet                          September 25, 2018

Page 57

1    would try those adaptations to see if they could

2    work in those regions.  I think the -- the

3    essential ingredient in PACT is the intensity of

4    the service connection and the availability.  And

5    I think -- if you maintain that, I think you can

6    find ways to connect people to the disciplines

7    that may be not, you know, there on a daily basis.

8    So, yes, I think they should experiment with

9    adaptations to the model.

10       Q    Is PACT voluntary?

11       A    Yes.  It uses a very aggressive

12   engagement model, but it's voluntary.

13       Q    In your involvement in this case, did you

14   determine the array of services that PACT teams

15   offer in Mississippi?

16       A    It's my understanding that Mississippi

17   was attempting to develop their PACT teams with

18   fidelity to the original program model that was

19   established by Len Stein in Wisconsin.

20       Q    In the regions that Mississippi does

21   offer PACT, did you identify any PACT services

22   that should be offered that Mississippi is not