EXHIBIT 5

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3                       NORTHERN DIVISION

4    - - - - - - - - - - - - - - - - x

5    UNITED STATES OF AMERICA,        :

6                  Plaintiff,         :

7       vs.                           : Civil Action No.

8    THE STATE OF MISSISSIPPI,        : 3:16-cv-00622

9                  Defendant.         :

10   - - - - - - - - - - - - - - - - x

11   DEPOSITION OF: ROBERT DRAKE

12   DATE:          Friday, September 21, 2018

13   TIME:          8:51 a.m.

14   LOCATION:      Capital Reporting Company

15                  1250 Eye Street, N.W.

16                  Washington, D.C.

17   REPORTED BY:   Denise M. Brunet, RPR

18                  Reporter/Notary

19

20            Capital Reporting Company

21         1250 Eye Street, N.W., Suite 350

22              Washington, D.C.  20005

1   A     I think I heard that they exist, but I
2   don't really know the details.
3   Q     In your experience, have you found any
4   state or states that are better at the mobile
5   crisis services they offer than the other states?
6   A     You have to remember that mobile crisis
7   services is part of the ACT model.  And so some
8   states have lots of ACT teams and some states
9   don't and they have these mobile crisis teams
10  instead.  I've never tried to rate the states on
11  these dimensions.
12  Q     Is it your experience that, in some
13  states, as you just said, mobile crisis services
14  are offered as part of ACT and, in some cases --
15  in some states, are they offered separate from
16  ACT?
17  A     Yes.
18  Q     All right.  How do you determine whether
19  a state is offering mobile crisis services in
20  sufficient quantity?
21  A     I don't know.  I never tried to do that.
22  Q     As part of your assessment in this case,

1    Q    What are some of the other primary types
2    of housing?
3    A    I don't know what the current jargon is
4    about what they're called, but in some states they
5    pay families to take people in and, in some
6    states, they have small housing units that are
7    part of the mental health center.  In some states,
8    they have a variety of different kinds of
9    congregate or group housing.  And in some states,
10   they have more permanent supported housing.  So I
11   think it varies quite a bit.
12   Q    Did you make any determinations regarding
13   the quantity of permanent supported housing that
14   Mississippi needs?
15   A    No.
16   Q    All right.  Doctor, I want to shift to
17   talking about assertive community treatment, or
18   ACT.
19   A    Okay.
20   Q    Is there such a thing as a fidelity model
21   for ACT?
22   A    Yes.

1  with SMI in Mississippi?

2      A    Only what was in the ACT description that
3  I received.

4      Q    All right.  What review did you make of
5  what integrated dual disorders treatment services
6  are offered in Mississippi for people with SMI?

7      A    I don't understand the question.

8      Q    Did you make any determinations regarding
9  the degree to which Mississippi offers integrated
10 dual disorders treatment services?

11     A    I wasn't asked to do that.

12     Q    Would that be true for each of the
13 components of a reasonable community-based
14 services system?

15     A    Yes.  I only viewed them through the lens
16 of the 154 patients that we examined.

17     Q    Do you have any opinions regarding where
18 peer support services should be offered within the
19 Mississippi mental health system?

20     A    No.  I haven't studied the system as a
21 system.  I wasn't asked to do that.

22     Q    Because you didn't study the system as a

```
 1      Q     Is there any standard or metrics for
 2   determining how much permanent supported housing
 3   any given state should have?
 4      A     I don't know the answer.  There may be,
 5   but I don't know.
 6      Q     What are medical care homes?
 7      A     Medical care homes refers to the attempt
 8   to combine primary medical care and community
 9   mental health care in the same setting.
10      Q     What types of individuals are medical
11   care homes appropriate housing for?
12      A     Oh, it doesn't refer to housing.
13      Q     It doesn't?
14      A     No.
15      Q     What does it refer to?
16      A     It refers to an integrated community
17   service model.  In other words --
18      Q     When would one go to a medical care home?
19      A     It's mental health jargon.
20      Q     Okay.
21      A     It refers to -- it's not a home.
22      Q     It's not a home.
```

1  surprised there hadn't been more empirical work
2  done on that.  But I'm sure there hasn't been on
3  this issue in...
4       Q    How do you determine whether a state has
5  sufficient community based services to meet the
6  needs of its adult SMI population?  Or is that
7  outside your area?
8       A    Yeah.  You keep asking me about system
9  design and cost issues, and I'm not an expert in
10 those areas.
11      Q    So that being the case, do you have any
12 views on whether any states currently have
13 sufficient community-based services to meet the
14 needs of their adults with SMI?
15      A    I can't answer that.  I know some states
16 do better than others, but I don't know if any
17 state has -- is really doing a good job.
18      Q    In your experience, are there barriers to
19 receiving community based services in Mississippi
20 that do not exist in other states?
21      A    I can't answer that.  I wouldn't know.
22      Q    I think I just have one more question and