# EXHIBIT 1 TO STIPULATION REGARDING
## SUPPLEMENTATION OF DISCOVERY RESPONSES

| | |
|---|---|
| March 15, 2019 | The United States sends its proposed exhibit list and proposed stipulations to the State. The Parties will negotiate in good faith to agree to stipulated facts. |
| March 29, 2019 | The State sends its proposed exhibit list and proposed stipulations to the United States; the Parties exchange initial deposition designations. |
| April 12, 2019 | The Parties identify any additional proposed trial exhibits to add to their respective lists. |
| April 19, 2019 | The Parties file joint exhibit lists, contested exhibit lists, and joint stipulations. The Parties exchange objections to initial designations and counter-deposition designations (if any). The Parties exchange witness lists. |
| April 30, 2019 | The Parties file motions *in limine* (if any). |
| May 3, 2019 | The Parties file objections to contested exhibits and exchange supplemental witness lists, objections to counter-designations, and rebuttal deposition designations (if any). |
| May 7, 2019 | The Parties file responses to motions *in limine* and exchange supplemental exhibits related to witness lists and objections to rebuttal deposition designations (if any). |
| May 9, 2019 | The Parties exchange any remaining items required to be contained in the Pre-Trial Order, including objections to supplemental exhibits related to the witness lists. |
| May 10, 2019 | The Parties submit the draft Pre-Trial Order |
| May 14, 2019 | Pre-Trial Conference at 10:00 a.m. |
| May 29, 2019 | Parties file Trial Bench Briefs and exchange demonstrative exhibits to be used in opening statement. |