# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. STATE OF MISSISSIPPI, *Defendant.* | CIVIL ACTION NO. 3:16-CV-00622-CWR-FKB |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Parties respectfully request that the Court adopt the pre-trial schedule set forth in Exhibit 1 (the "Schedule") of the Parties' Stipulation Regarding Supplementation of Discovery Responses and Pre-Trial Matters, ECF No. 170-1, and vacate any deadlines inconsistent with the Schedule. In support of the Motion, the Parties state the following:

1. The Case Management Order, as amended by subsequent orders, included deadlines for the exchange of pre-trial disclosures, motions *in limine*, and an ADR Report. ECF No. 39 (Case Management Order) ECF No. 118 (Joint Motion to Modify Scheduling Order; Minute Order (Sept. 17, 2018) (granting ECF No. 118).

2. As amended, motions *in limine* were due to be filed by March 29, 2019 and an ADR report is due to be filed on April 5, 2019. *Id.* However, these deadlines are no longer necessary given past developments in this case *see, e.g.* Minute Order (Oct. 19, 2018) (settlement conference held October 16, 2018), and the Parties' stipulation regarding the Schedule. ECF No. 170-1.

3. To avoid any potential confusion arising from the appearance of a conflict between the amended scheduling order and the Parties' agreement regarding a schedule for an efficient

exchange of pre-trial disclosures, the Parties ask that the Court adopt the Schedule, ECF No. 170-1, and vacate any deadlines in conflict with the Schedule.

4. The Parties request that the requirement of a separate Memorandum be waived.

## RELIEF REQUESTED

The Parties respectfully request that the Court adopt the Schedule in the Parties' stipulation, ECF No. 170-1, and vacate any deadlines inconsistent with the Schedule.

FOR THE UNITED STATES:

Dated: April 4, 2019.

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| MITZI DEASE PAIGE [MS BAR 6014]<br>CANDACE MAYBERRY<br>Assistant United States Attorneys<br>501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone: (601) 973-2840<br>mitzi.paige@usdoj.gov<br>candace.mayberry@usdoj.gov | STEVEN H. ROSENBAUM<br>Chief<br><br>REGAN RUSH<br>Deputy Chief<br><br>/s/ *Patrick Holkins*<br>PATRICK HOLKINS [VA Bar No. 85665]<br>JORGE CASTILLO<br>DEENA FOX<br>ASHLEY MCDONALD<br>MATHEW SCHUTZER<br>LINDSEY WEINSTOCK<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - PHB<br>Washington, DC  20530<br>Telephone: (202) 305-6630<br>Patrick.Holkins@usdoj.gov |

FOR THE STATE OF MISSISSIPPI:

        PHELPS DUNBAR LLP

BY: /s/ *James W. Shelson*
    Reuben V. Anderson, MB 1587
    W. Thomas Siler, MB 6791
    James W. Shelson, MB 9693
    4270 I-55 North
    Jackson, Mississippi 39211-6391
    Post Office Box 16114
    Jackson, Mississippi 39236-6114
    Telephone: 601-352-2300
    Telecopier: 601-360-9777
    Email: andersor@phelps.com
          silert@phelps.com
          shelsonj@phelps.com

    Harold Pizzetta, III, MB 99867
    Assistant Attorney General
    General Civil Division
    Walter Sillers Building
    550 High Street
    Jackson, MS 39201
    Telephone: 601-359-3816
    Telecopier: 601-359-2003
    Email: HPIZZ@ago.state.ms.us

    Mary Jo Woods, MB 10468
    Special Assistant Attorney General
    Mississippi Attorney General's Office
    Walter Sillers Building
    550 High Street
    Jackson, MS 39201
    Telephone: 601-359-3020
    Telecopier: 601-359-2003
    Email: MWOOD@ago.state.ms.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                          */s/ Patrick Holkins*
                                          Patrick Holkins