# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

STATE OF MISSISSIPPI,

    *Defendant.*

CIVIL ACTION NO.
3:16-CV-00622-CWR-FKB

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

For good cause shown, the Parties' joint motion to amend the scheduling order [177] is **GRANTED** and it is

**ORDERED** that the Schedule in the Parties' stipulation, ECF No. 170-1, is adopted. The Court sets the following deadlines:

| | |
|---|---|
| March 15, 2019: | The United States sends its proposed exhibit list and proposed stipulations to the State. The Parties will negotiate in good faith to agree to stipulated facts. |
| March 29, 2019 | The State sends its proposed exhibit list and proposed stipulations to the United States; the Parties exchange initial deposition designations. |
| April 12, 2019 | The Parties identify any additional proposed trial exhibits to add to their respective lists. |
| April 19, 2019 | The Parties file joint exhibit lists, contested exhibit lists, and joint stipulations. The Parties exchange objections to initial designations and counter-deposition designations (if any). The Parties exchange witness lists. |
| April 30, 2019 | The Parties file motions in limine (if any). |

| | |
|---|---|
| May 3, 2019 | The Parties file objections to contested exhibits and exchange supplemental witness lists, objections to counter-designations, and rebuttal deposition designations (if any). |
| May 7, 2019 | The Parties file responses to motions in limine and exchange supplemental exhibits related to witness lists and objections to rebuttal deposition designations (if any). |
| May 9, 2019 | The Parties exchange any remaining items required to be contained in the Pre-Trial Order, including objections to supplemental exhibits related to the witness lists. |
| May 10, 2019 | The Parties submit the draft Pre-Trial Order |
| May 14, 2019 | Pre-Trial Conference at 10:00 a.m. |
| May 29, 2019 | Parties file Trial Bench Briefs and exchange demonstrative exhibits to be used in opening statement. |

It is further **ORDERED** that any deadlines inconsistent with the Schedule are vacated.

SO ORDERED, this the 5th day of April, 2019.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE