**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF MISSISSIPPI, <br><br> *Defendant.* | CIVIL ACTION NO. <br> 3:16-CV-00622-CWR-FKB |

## NOTICE OF FILING OF EXHIBIT LIST

Pursuant to Federal Rules of Civil Procedure 16 and 26, Local Rule 16, and the

Parties' Stipulation regarding the pre-trial schedule as ordered by the Court, ECF Nos. 170-

1, 178, the United States files its Trial Exhibit List. Evidentiary objections by the State of

Mississippi are noted in the "Objections" column. If there is an entry in the

"Confidentiality" column that means a party has designated the document as confidential

pursuant to a protective order in place in this case, ECF Nos. 50, 59. If there is an entry in

the "Dispute Confidentiality" column, the United States is disputing that designation.

Dated: May 3, 2019.

| | |
|---|---|
| D. MICHAEL HURST, JR.<br>United States Attorney<br>Southern District of Mississippi | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | |
| MITZI DEASE PAIGE [MS BAR 6014]<br>CANDACE MAYBERRY<br>Assistant United States Attorneys<br>501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone: (601) 973-2840<br>mitzi.paige@usdoj.gov<br>candace.mayberry@usdoj.gov | STEVEN H. ROSENBAUM<br>Chief<br><br>REGAN RUSH<br>Deputy Chief<br><br>/s/ *Mathew Schutzer*<br>MATHEW SCHUTZER [NY #5136007]<br>JORGE CASTILLO<br>DEENA FOX<br>PATRICK HOLKINS<br>ASHLEY MCDONALD<br>HALEY VAN EREM<br>LINDSEY WEINSTOCK<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - PHB<br>Washington, DC  20530<br>Telephone: (202) 616-3179<br>Mathew.Schutzer@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on May 3, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Mathew Schutzer*
Mathew Schutzer