| Trial Exhibit Number | Bates Number | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|
| **DMH** | | | | | | | |
| | MHC-00113464 | EX0365 | ODHC DMH CHOICE REFERRALS | | | | |
| | MS-00148698.00001 | | DMH - Outreach Summary Report - March/April 2018 | | | | Hearsay |
| | MS-00148857.00001 | | DMH - Outreach Summary Report - September-November 2018 | | | | |
| | MS-00148190.00001 | | Streamlining of administrative services | | | | Hearsay |
| | MS-00146900 | | Supported Employment Programs Expanding | | | | Hearsay |
| | MS-00148601 | | DMH - Community Safe Home - FY18 | | | | |
| | MS-00148728 | | DMH - Expansion of Mental Health Community-Based Services - December 2018 | | | | |
| | MS-00148773 | | DMH - Strategic Plan Highlights - Expansion of Supported Employment for Mississippians with SMI | | | | |
| | MS-00147232 | | Funds Diverted to Community Update 10/2/18 | | | | |
| | MS-00148982 | | DMH - Direct Case Series Realignment - January 2017 | | | | |
| | MS-00151088 | | DMH - FY20 Budget Request Presentation to The Joint Legislative Budget Committee | | | | |
| | | Ex 1136 | Updates to Community-Based Services | | | | Hearsay |
| **Olmstead** | | | | | | | |
| | MS-00001222 | | DOJ Olmstead Summary Report_Final_8-14-14.pdf | | | | Hearsay |
| | MS-00001223 | | MAC Plan Housing Assessment Report_Final41614.pdf | | | | |
| | MS-00001224 | | BIP Learning Collaborative.pdf | | | | |
| | MS-00001225 | | BIP Work Plan 042313.doc | | | | |
| | MS-00001226 | | BIP_CSA_CDS_Crosswalk_.pdf | | | | |
| | MS-00001227 | | CSA Crosswalk.pdf | | | | |
| | MS-00001228 | | Executive Workgroup agenda 052013.docx | | | | |
| | MS-00001229 | | InterRAI- HC Assessment Training jan 13-15 2015.xlsx | | | | |
| | MS-00001230 | | MAC 2.0 Executive Binder.pdf | | | | Hearsay |
| | MS-00001231 | | MAC 2.0 Stakholder Binder-part 2.pdf | | | | Hearsay |
| | MS-00001232 | | MAC 2.0 Stakholder Binder-part 3.pdf | | | | Hearsay |
| | MS-00001233 | | MAC 2.0 Stakholder Binder-part 4.pdf | | | | Hearsay |
| | MS-00001234 | | MAC Plan Update 2016 050916 final.doc | | | | |
| | MS-00001235 | | REPORT CFCM Work group CMS Response Document 042613 Stakeholder meeting 052113.doc | | | | |
| | MS-00001236 | | 1 Pager on each LC Group.docx | | | | |
| | MS-00001237 | | Aug 22 meeting flyer.docx | | | | |
| | MS-00001238 | | August 22 Roll Call.xlsx | | | | |
| | MS-00001239 | | BIP Learning collaborative.docx | | | | |
| | MS-00001240 | | Expenditures Reported to CMS as part of 1st Progress Report.docx | | | | |
| | MS-00001241 | | Housing-Transportation.xlsx | | | | |
| | MS-00001242 | | LC Application 082112.docx | | | | |
| | MS-00001243 | | LC Application.docx | | | | |
| | MS-00001244 | | LTSS Stakeholder List.xlsx | | | | |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | MS-00001245 | | | Mini PAS Questions.docx | | | | |
| | MS-00001246 | | | Mississippi-at-Home Kickoff Invitation.docx | | | | |
| | MS-00001247 | | | NEW STAKEHOLDER LIST.xlsx | | | | |
| | MS-00001248 | | | November 27 Agenda.docx | | | | |
| | MS-00001249 | | | One pager BIP.docx | | | | |
| | MS-00001250 | | | Roll Call Learning Collaborative November 27 2012.docx | | | | |
| | MS-00001251 | | | Stakeholder Groups.xlsx | | | | |
| | MS-00001252 | | | Stakeholder Interest Form.xlsx | | | | |
| | MS-00001253 | | | Stakeholder Lists.xlsx | | | | |
| | MS-00001254 | | | Stakeholders invite.docx | | | | |
| | MS-00001255 | | | Work PlanF 08162013.pdf | | | | |
| | MS-00001256 | | | Work PlanR 08162013.pdf | | | | |
| | MS-00001257 | | | Aconymns.docx | | | | |
| | MS-00001258 | | | Attachment A User_Friendly_Work_Plan.doc | | | | |
| | MS-00001259 | | | Attachment A Work Plan.doc | | | | |
| | MS-00001260 | | | Attachment A Work Plan.pdf | | | | |
| | MS-00001261 | | | Attachment A Work Plan_7.26.12.doc | | | | |
| | MS-00001262 | | | Attachment C CSA Crosswalk.pdf | | | | |
| | MS-00001263 | | | Attachment D Present Information and Referral System.docx | | | | |
| | MS-00001264 | | | Attachment E Proposed NWD SEP.docx | | | | |
| | MS-00001265 | | | Attachment F BIP Funding Projections.xls | | | | |
| | MS-00001266 | | | Attachment F Estimated Funding.pdf | | | | |
| | MS-00001267 | | | BIPP_Master Document.doc | | | | |
| | MS-00001268 | | | BIPP_Master_Document_Latest Version.doc | | | | |
| | MS-00001269 | | | BIPP_Master_Document_Latest Version_3 18 12.doc | | | | |
| | MS-00001270 | | | BIPP_Master_Document_Latest Version_4 12.12.pdf | | | | |
| | MS-00001271 | | | BIPP_Master_Document_Latest Version_4 26.12.doc | | | | |
| | MS-00001272 | | | BIPP_Master_Document_Latest Version_4 4 12.doc | | | | |
| | MS-00001273 | | | BIPP_Master_Document_Latest Version_4 9.12.doc | | | | |
| | MS-00001274 | | | Contacts.docx | | | | |
| | MS-00001275 | | | Copy of August 22 Roll Call.xlsx | | | | |
| | MS-00001276 | | | Dr. Dzielak to CMS.doc | | | | |
| | MS-00001277 | | | FLOW CHART.docx | | | | |
| | MS-00001278 | | | Memo_Executive.docx | | | | |
| | MS-00001279 | | | Mississippi-at-Home 5_1_2012.pdf | | | | Hearsay |
| | MS-00001280 | | | Mississippi-at-Home PP.pptx | | | | |
| | MS-00001281 | | | Mississippi-at-Home PP_short.pptx | | | | |
| | MS-00001282 | | | Project Abstract.docx | | | | |
| | MS-00001283 | | | Provider Email List.xlsx | | | | |
| | MS-00001284 | | | Services List.docx | | | | |
| | MS-00001285 | | | AARP of Mississippi.doc | | | | Hearsay |
| | MS-00001286 | | | Coalition of Transportatin.doc | | | | Hearsay |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | MS-00001287 | | | DD Council.doc | | | | Hearsay |
| | MS-00001288 | | | Department of Human Services.docx | | | | Hearsay |
| | MS-00001289 | | | Disability Rights MS.docx | | | | Hearsay |
| | MS-00001290 | | | DOM BIP Letter of Endorsement Template.docx | | | | |
| | MS-00001291 | | | Dzielak Letter.doc | | | | |
| | MS-00001292 | | | IDS.doc | | | | Hearsay |
| | MS-00001293 | | | Letter to CMS.docx | | | | Hearsay; Relevance |
| | MS-00001294 | | | LIFE.doc | | | | Hearsay; Relevance |
| | MS-00001295 | | | MDRS.doc | | | | Hearsay; Relevance |
| | MS-00001296 | | | Mississippi Adolescent Center.doc | | | | Hearsay; Relevance |
| | MS-00001297 | | | The Arc of Mississippi.doc | | | | Hearsay; Relevance |
| | MS-00001298 | | | US HUD.docx | | | | Hearsay; Relevance |
| | MS-00001299 | | | Att E-BIP 10.1,2,3 deliverables updated 10-12.doc | | | | Hearsay; Relevance |
| | MS-00001300 | | | Attachment A User Friendly Work Plan.pdf | | | | Hearsay; Relevance |
| | MS-00001301 | | | Attachment B Signed Endorsement Letters.pdf | | | | Hearsay; Relevance |
| | MS-00001302 | | | Attachment C Present Information and Referral System.pdf | | | | Hearsay; Relevance |
| | MS-00001303 | | | Attachment D Proposed NWD SEP.pdf | | | | Hearsay; Relevance |
| | MS-00001304 | | | Attachment E BIP Funding Projections.pdf | | | | Hearsay; Relevance |
| | MS-00001305 | | | BIP Learning collaborative.e.docx | | | | |
| | MS-00001306 | | | BIP work plan letter.pdf | | | | Hearsay; Relevance |
| | MS-00001307 | | | BIP Work Plan Table signed.pdf | | | | Relevance |
| | MS-00001308 | | | Conflict_Free_Case_Management v2 121112.docx | | | | Relevance |
| | MS-00001309 | | | Conflict_Free_Case_Management v2 121112.pdf | | | | Relevance |
| | MS-00001310 | | | Dr. Dzeilak Letter.pdf | | | | Hearsay; Relevance |
| | MS-00001311 | | | Governor Bryant's Letter.pdf | | | | Hearsay; Relevance |
| | MS-00001312 | | | HCBS crosswalk 110212.pdf | | | | Hearsay; Relevance |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | MS-00001313 | | | IDDD Croswalk 012913.pdf | | | | Hearsay; Relevance |
| | MS-00001314 | | | MAC Website.docx | | | | |
| | MS-00001315 | | | Meeting agenda stakeholders 022613.docx | | | | Hearsay; Relevance |
| | MS-00001316 | | | Mississippi NWD Deliverable 2 1.pdf | | | | |
| | MS-00001317 | | | Mississippi NWD Deliverable 2.1.doc | | | | |
| | MS-00001318 | | | Mississippi-at-Home 5_9_2012.doc | | | | Hearsay; Relevance |
| | MS-00001319 | | | Mississippi-at-Home 5_9_2012.pdf | | | | Hearsay; Relevance |
| | MS-00001320 | | | Mississippi-at-Home PP stakeholders.pptx | | | | Hearsay; Relevance |
| | MS-00001321 | | | Mississippi-at-Home Project Abstract.pdf | | | | Hearsay; Relevance |
| | MS-00001322 | | | Potential Lines of Business for Scope of Work.docx | | | | Hearsay; Relevance |
| | MS-00001323 | | | Use of Funds 110212.pdf | | | | Hearsay; Relevance |
| | MS-00001324 | | | Use of Funds 121012.doc | | | | Hearsay; Relevance |
| | MS-00001325 | | | Work Plan final 122112 (modified).doc | | | | Hearsay; Relevance |
| | MS-00001326 | | | Work Plan final 122112.doc | | | | Hearsay; Relevance |
| | MS-00001327 | | | Work Plan final 122112.pdf | | | | Hearsay; Relevance |
| | MS-00001328 | | | DETECT-Implementation and Evaluation Summary- July 2017.docx | | | | Hearsay; Relevance |
| | MS-00001329 | | | Sign in sheet- 7-12-17.pdf | | | | Hearsay; Relevance |
| | MS-00001330 | | | sign in sheet.xlsx | | | | Hearsay; Relevance |
| | MS-00001331 | | | Slides for MAC Presentation (DETECT of MS)-Bartkowski.pptx | | | | Hearsay; Relevance |
| | MS-00001332 | | | Stakeholder Meeting Agenda July 12, 2017.docx | | | | Hearsay; Relevance |
| | MS-00001333 | | | Stakeholder Meeting February 2 , 2016 Agenda.docx | | | | Hearsay; Relevance |
| | MS-00001334 | | | Stakeholder Meeting May 12 , 2016 Agenda.docx | | | | Hearsay; Relevance |
| | MS-00001335 | | | Stakeholder Meeting Minutes 02.02.2016.docx | | | | |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | MS-00001336 | | | Stakeholder Meeting Minutes 05.12.2016.docx | | | | Hearsay; Relevance |
| | MS-00001337 | | | Stakeholder Meeting Minutes 11-8-2016.docx | | | | |
| | MS-00001338 | | | Stakeholder Meeting Minutes 11-8-2016.pdf | | | | |
| | MS-00001339 | | | Stakeholder Meeting Minutes 11.03.2015 (2).docx | | | | |
| | MS-00001340 | | | Stakeholder Meeting Minutes 11.03.2015.docx | | | | |
| | MS-00001341 | | | Stakeholder Meeting Minutes 7-12-17.docx | | | | |
| | MS-00001342 | | | Stakeholder Meeting November 3 2015.docx | | | | Hearsay; Relevance |
| | MS-00001343 | | | Stakeholder Meeting November 8, 2016.docx | | | | Hearsay; Relevance |
| | MS-00001344 | | | Stakeholder Meeting Sign-in Sheet for 11-8-16.pdf | | | | Hearsay; Relevance |
| | MS-00001345 | | | Website Change Form (3).pdf | | | | Hearsay; Relevance |
| | MS-00013150 | | | MAC Documents.pdf | | | | Hearsay |
| | MS-00013151 | | | MAC ImplementationReport1_Entire.pdf | | | | |
| | MS-00013152 | | | MAC Plan accomplishments.pdf | | | | Hearsay |
| | MS-00013153 | | | MAC Plan Documents.pdf | | | | |
| | MS-00013154 | | | MAC Plan Update.pdf | | | | Hearsay |
| | MS-00013155 | | | MAC_Final.pdf | | | | |
| | MS-00145948a | | | 20180801084208895-001.PDF | | | | |
| | MS-00145948b | | | 20180801084208895-002.PDF | | | | |
| | | | | Defendant's First Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents | | | | |
| | | | | **DMH PowerPoints** | | | | |
| | MS-00148687 | | | DMH - Peer Support - The Journey | | | | Hearsay |
| | MS-00150210 | | | MS Division of Medicaid - Overview of Medicaid in Mississippi for the Behavioral Health Workforce - 6/5/18 | | | | |
| | MS-00147155 | | | DMH - Interested Provider Orientation - 5/8/18 | | | | |
| | MS-00147223 | | | DMH - Collaborating With Your Local Community Mental Health Center | | | | Hearsay |
| | MS-00148705 | | | DMH - 911 Dispatchers & Crisis Intervention: How your role as a dispatcher can ensure successful crisis interventions | | | | Hearsay |
| | | | | **Strategic Plans** | | | | |
| | MS-00129639 | | | Mental Health - Mississippi State Hospital (374-00) - 5-Year Strategic Plan - Fiscal Years 2019 - 2023 | | | | |
| | MS-00021878 | | | North Mississippi State Hospital - Five-Year Strategic Plan For Fiscal Year 2017 Through 2021 | | | | |
| | MS-00119447 | | | North Mississippi Regional Center 5 Year Strategic Plan For The Fiscal Years 2019-2023 - 7/17/17 | | | | |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | MS-00119134 | | | East Mississippi State Hospital Five Year Strategic Plan For The Fiscal Years 2019-2023 | | | | |
| | MS-00119448 | | | South Mississippi Regional Center - Strategic Plan - Fiscal Years 2019-2023 | | | | |
| | MS-00064293 | | | DMH - Central Office - Five-Year Strategic Plan Fiscal Years 2017-2021 | | | | |
| | MS-00073982 | | | DMH - Comprehensive Five-Year Strategic Plan Fiscal Years 2018-2022 | | | | |
| | MS-00118936 | | | DMH - Comprehensive Five-Year Strategic Plan Fiscal Years 2019-2023 | | | | |
| **Annual Reports** | | | | | | | | |
| | MS-00005091 | | | DMH Annual Report - FY 2013 | | | | |
| | MS-00005098 | | | DMH Annual Report - FY 2014 | | | | |
| | MS-00004710 | | | DMH Annual Report - FY 2016 | | | | |
| | MS-00004712 | | | DMH Annual Report - FY 2017 | | | | |
| | MS-00146062 | | | DMH Annual Report - FY 2018 | | | | |
| **MOU** | | | | | | | | |
| | MS-00151268 | | | Memorandum Agreement For Employment Services - MDRS and DMH | | | | |
| **Choice** | | | | | | | | |
| | MHC-00015704 | | | MHC - Special Needs Housing - Housing for Persons with Special Needs | Confidential Information - Subject to Protective Order | | | |
| | MS-00147937 | | EX0164 | Individuals Housed and In-Process with Choice - Through 3/31/2018 | | | | |
| | | | EX0182 | Dr. Ben Mokry Deposition Topics and Key Documents | | | | Hearsay |
| **ISMICC** | | | | | | | | |
| | USDOJ-0012365 | | | Charter - Interdepartmental Serious Mental Illness Coordinating Committee - 5/8/17 | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012369 | | | Report regarding formation of ISMICC | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012357 | | | ISMICC - Biographies of Federal Members | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012372 | | | ISMICC - Biographies of Panelists | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012371 | | | ISMICC - Biographies of Non-Federal Members | | | | Hearsay; Relevance; Rule 403 |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | USDOJ-0012414 | | | ISMICC Overview | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012415 (part of) | | | ISMICC - Briefing on Key Data Related to Serious Mental Illness and Serious Emotional Disturbance | | | | Hearsay; Relevance; Rule 403 |
| | | | | SAMHSA, CMHS, NAC Meeting 8/10/17 | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012376 | | | ISMICC Meeting August 31, ? | | | | Hearsay; Relevance |
| | | | | Remarks at the First Meeting of ISMICC 8/31/17 | | | | Relvance; Rule 403 |
| | | | | Minutes of the First Meeting of ISMICC 8/31/17 | | | | Hearsay; Relevance; Rule 403 |
| | | | D-28 | ISMICC - The Way Forward: Federal Action for a System That Works for All People Living With SMI and SED and Their Families and Caregivers - 12/13/17 | | | | Hearsay; Relevance; Rule 403 |
| | USDOJ-0012411 | | | ISMICC - Minutes 12/14/17 | | | | Hearsay; Relevance; Rule 403 |
| | | | | Joint Meeting Minutes of SAMHSA, NAC, CMHS, CSAP, CSAT, ACWS and TTAC - 2/15/18 | | | | Hearsay; Relevance; Rule 403 |
| | | | | 63rd Meeting of SAMHSA and NAC Meeting Summary - 2/16/18 | | | | Hearsay; Relevance; Rule 403 |
| | | | | Minutes of the 14th Joint Meeting of the NAC, CMHS, CSAP, CSAT, ACWS, STTAC - 2/25/16 | | | | Hearsay; Relevance; Rule 403 |
| | | | | **Plaintiff's Discovery Responses** | | | | |
| | | | | Unites States' Response to Defendant's First Set of Interrogatories | | | | |
| | | | | Unites States' First Supplemental Response to Defendant's First Set of Interrogatories | | | | |
| | | | | Unites States' Second Supplemental Response to Defendant's First Set of Interrogatories | | | | |
| | | | | Unites States' Response to Defendant's First Set of Requests For Production of Documents | | | | |
| | | | | Unites States' First Supplemental Response to Defendant's First Set of Requests For Production of Documents | | | | |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | | Unites States' Response to Defendant's Third Set of Requests For Production of Documents | | | | |
| | | | | Information Requested by the State of Mississippi in Lieu of 30(b)(6) Topics 6-8 | | | | |
| | | | | **USDOJ** | | | | The United States objects to the extent this heading is meant to suggest these documents were created by DOJ |
| | | | | National Council Medical Director Institute - The Psychiatric Shortage - Causes and Solutions | | | | Relevance; Rule 403 |
| | | | | NAMI New Hampshire - Emergency Department Boarding in NH - An Ongoing Crisis | | | | Relevance; Rule 403 |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | USDOJ-000893-0011924 | | | DOJ CRT Notes/Drafts | | | | This is a series of nearly 2,000 documents, nearly all of which are not documents created by the DOJ. The United States reserves all objections unless and until the State attempts to introduce a particular document from this set of documents into evidence. |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | | SAMHSA - Georgia Crisis Services System - 6/18/18 | | | | The United States cannot locate or identify this document and has requested a copy from the State. The United States reserves all objections until it receives a copy of the document. |
| | | | | **Public Documents** | | | | |
| | | | D-19 | New Freedom Commission on Mental Health Report - Achieving the Promise: Transforming Mental Health Care in America 7/22/03 | | | | Relevance; Rule 403 |
| | | | D-25 | GAO - HHS Leadership Needed to Coordinate Federal Efforts Related to Serious Mental Illness - December 2014 | | | | Relevance; Hearsay; Rule 403 |
| | | | D-27 | SAMHSA - Leading Change 2.0: Adcancing the Behavioral Health of the Nation 2015-2018 | | | | Relevance; Rule 403 |
| | | | | CRS - Medicaid's Institutions for Mental Disease (IMD) Exclusion - 5/8/15 | | | | |
| | | | D-26 | The Federal Government Ignores the Treatment Needs of Americans With Serious Mental Illness - 4/21/16 | | | | Relevance; Hearsay; Rule 403 |
| | | | | The Mental Health & Substance Use Disorder Parity Task Force - Final Report October 2016 | | | | Relevance; Hearay; Rule 403 |
| | | | | Life Off the Highway: A Snapshot of Rural America - 12/8/16 | | | | Relevance; Rule 403 |
| | | | | NASMHPD - Assessment # 2 - Trend in Psychiatric Inpatient Capacity, United States and Each State, 1970-2014 - August 2017 | | | | Relevance; Rule 403 |
| | | | | Alabama 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |

| Trial Exhibit Number | Bates Number | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|
| | | | Arkansas 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | California 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Florida 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Georgia 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Illinois 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Louisiana 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Maine 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Mississippi 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | |
| | | | New York 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | North Carolina 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | South Carolina 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Tennessee 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Texas 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | | Virginia 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | | Transitions from Assertive Community Treatment Among Urban and Rural Teams: Identifying Barriers, Service Options, and Strategies - LeFebvre, Dare, Farrell, Cuddleback | | | | The United States cannot locate or identify this document and has requested a copy from the State. The United States reserves all objections until it receives a copy of the document. |
| | | | | SAMHSA - National Registry of Evidence-based Programs and Practices (NREPP) | | | | It is unclear what the State intends to introduce as an exhibit, as the registry was "phased out" in 2018. *See* https://www.samhsa.gov/nrepp. The United States reserves all objections until a particular document(s) is identified. |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | | SAMHSA - Supporting Evidence-Based and Pronising Practices: Assertive Community Treatment Fidelity and Rural Considerations - 3/20/18 | | | | Relevance |
| | | | | SAMHSA - Changing Focus: The Right to Treatment of Serious Mental Illness - 4/16/18 | | | | Relevance |
| | | | | SAMHSA - Strategic Plan FY2019 - FY2023 | | | | Relevance; Rule 403 |
| | | | | Office of Research & Public Affairs - A Crisis in Search of Data - The Revolving Door of Serious Mental Illness in Super Utilization - April 2017 | | | | Relevance; Hearsay |
| | | | | CMS letter to State Medicaid Director re opportunities to promote work and community engagement among Medicaid beneficiaries - 1/11/18 | | | | Relevance |
| | | | | Treatment Advocacy Center - Grading the States - An Analysis of Involuntary Psychiatric Treatment Laws - September 2018 | | | | Relevance; Hearsay |
| | | | | Des Plaines, State Advocates Sound Alarm on Illinois Mental Health Care Crisis - Chicago Tribune 10/25/2017 | | | | Relevance; Hearsay; Rule 403 |
| | | | | Mental health prescribers in extreme shortage for rural N.C. https://www.dailytarheel.com/article/2015/01/north-carolinians-seeking-mental-health-care-might-encounter-problems | | | | Relevance; Hearsay; Rule 403 |
| | | | | USDOJ letter to N.C. Attorney General 11/6/2015 re Settlement Agreement and attached Report of The Independent Reviewer dated 10/14/2015 | | | | Relevance; Hearsay; Rule 403 |
| | | | | US Census Bureau Quck Facts: Orange County, North Carolina Quick Facts - DeSoto County, Mississippi: Hinds County, Mississippi | | | | Relevance; Rule 403 |
| | | | | New Hampshire's Crumbling Mental Health System - https://www.treatmentadvocacycenter.org/fixing-the-system/features-and-news/3788--new-hampshires-crumbling-mental-health-system | | | | Relevance; Hearsay; Rule 403 |
| | | | | New Hampshire's Shameful Practice of Imprisoning People with SMI - https://www.treatmentadvocacycenter.org/fixing-the-system/features-and-news/3663-new-hampshires-shameful-practice-of-imprisoning-people-with-smi | | | | Relevance; Hearsay; Rule 403 |
| | | | | SAMHSA - New Hampshire 2017 Mental Health National Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | | New Hampshire Community Mental Health Agreement - https://www.dhhs.nh.gov/dcbcs/bbh/documents/cmha-report-011018.pdf | | | | Relevance; Hearsay; Rule 403 |
| | | | | **DOJ's Experts** | | | | |
| | | | D80 | Interventions to Reduce Hospitalization among People with Serious Mental Disorders - Drake & Acquilano - 4/13/18 | | | | Hearsay |
| | | | | MS ADA Client Interview Tool - 1/17/18 Draft | | | | |
| | | | | Email string from Deena Fox re Analytic using the CDR data - 7/26/18 22:25:00 | | | | |
| | USDOJ-0011274 | | | 000000SED SMM Checklist Standards | | | | |
| | | | D2 | www.enewscourier.com - Update: Area's only mental hospital to close - 1/13/15 (North Alabama Regional Hospital) | | | | Relevance; Hearsay; Rule 304 |
| | | | D3 | NASADAD Annual Meeting - The Role of the Substance Abuse Treatment Block Grant in Alabama - 6/10/16 | | | | Relevance; Hearsay; Rule 403 |
| | | | D4 | www.al.com - Long waits as gridlock grips Alabams mental health system - 8/17/16 | | | | Relevance; Hearsay; Rule 403 |
| | | | D5 | www.al.com - Alabama's mental health system is in shambles - 8/18/16 | | | | Relevance; Hearsay; Rule 403 |
| | | | D6 | http://whnt.com - Adolescent mental health care needs in North Alabama far exceed available space | | | | Relevance; Hearsay; Rule 403 |

| Trial Exhibit Number | Bates Number | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|
| | | D7 | www.timesdaily.com - Funding, space concern mental health advocates - 11/5/17 (Montgomery, Alabama) | | | | Relevance; Hearsay; Rule 403 |
| | | D8 | Alabama Department of Mental Health - Powerpoint | | | | Relevance; Rule 403 |
| | | D9 | Alabama 2017 Mental Health National Outcome Measures (NOMS): SAMHSA Uniform Reporting System | | | | Relevance; Rule 403 |
| | | D11 | Patient list | | | | |
| | | D14 | Moving Assertive Community Treatment Into Standard Practice (Psychiatric Services June 2001 Vol. 52 No. 6) | | | | Hearsay |
| | | D15 | https://academic.oup.com - Models of Community Care for Severe Mental Illness: A Review of Research on Case Management | | | | Hearsay |
| | | D16 | Are Assertive Community Treatment and Recovery Compatible? Commentary on "ACT and Recovery: Integrating Evidence-based Practice and Recovery Orientation on Assertive Community Treatment Teams" - Drake, Deegan 12/14/07 | | | | Hearsay |
| | | D17 | The Critical Ingredients of Assertive Community Treatment - Bond, Drake - World Psychiatry 14:2-June 2015 | | | | Hearsay |
| | | D18 | Doing more than ACT: The Dutch FACT model, flexible assertive community treatment - Keet - 5/12/16 - European Psychiatry Vol. 33, Supplement, March 2016, pages S481-S482 | | | | Hearsay |
| | | D20 | Mental Health Policy Paper - Lessons learned in developing community mental health care in North America - Drake, Latimer. World Psychiatry 2012;11:47-51 | | | | Hearsay |
| | | D21 | Long-Term Sustainability of Evidence-Based Practices in Community Mental Health Agencies - Bond, Drake, McHugo, Peterson, Jones, Williams. - Springer Science+Business Media 12/25/12 | | | | Hearsay |
| | | D22 | The Crazy Talk About Bringing Back Asylums - New York Times 6/2/18 | | | | Relevance; Hearsay; Rule 403 |
| | | D23 | Taking Issue - Why Not Implement Supported Employment? - Psychiatric Services ps.psychiatryonline.org November 2011 Vol. 62 No. 11 | | | | Hearsay |
| | | D29 | HSRI - Final Report - Evaluation of the Capacity of the New Hampshire Behavioral Health System - 12/22/17 | | | | Relevance; Hearsay; Rule 403 |

| Trial Exhibit Number | Bates Number | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|
| | | D30 | http://indepthnh.org - A state of contradictions, especially if you are mentally ill - 5/13/18 | | | | Relevance; Hearsay; Rule 403 |
| | | D31 | Client Review Team - Sample Members | PHI CONFIDENTIAL | | | |
| | | D33 | Tool for Measurement of Assertive Community Treatment (TMACT) Summary Scale - Version 1.0 | | | | |
| | | D34 | State-Funded Assertive Community Treatment (ACT) - NC Division of Mental Health, Developmental Disabilities & Substance Abuse Services - 12/1/15 | | | | Relevance; Hearsay; Rule 403 |
| | | D35 | Part 2: Chapter 32 Programs of Assertive Community Treatment (PACT) | | | | |
| | | D36 | Part 2: Chapter 20: Community Support Services | | | | |
| | | D37 | Supported Employment Services for SMI | | | | |
| | | D38 | Report of findings of the Civil Rights Division's investigation of the State of North Carolina's mental health system - 7/28/11 - USDOJ | | | | Relevance; Hearsay; Rule 403 |
| | | D39 | USA v. State of North Carolina - Complaint For Declaratory And Injunctive Relief - 8/23/12 | | | | Relevance; Hearsay; Rule 403 |
| | | D40 | North Carolina ADA Agreement Fact Sheet | | | | Relevance; Rule 403 |
| | | D41 | USA v. State of North Carolina - Order concerning alleged violations of Title II of the Americans with Disabilities Act - 9/21/17 | | | | Relevance; Hearsay; Rule 403 |
| | | D42 | USA v. State of North Carolina - Modification of Settlement Agreement - 10/27/17 | | | | Relevance; Hearsay; Rule 403 |
| | | D43 | NCIOM - Transforming North Carolina's Mental Health and Substance Use Systems - October 2016 - NCMJ vol. 77, No. 6 | | | | Relevance; Hearsay; Rule 403 |
| | | D44 | State Mental Health Cuts Start to Eliminate Services - North Carolina Health News. Northcarolinahealthnews.org - 7/11/17 | | | | Relevance; Hearsay; Rule 403 |
| | | D45 | www.newsobserver.com - NC mental health system needs rebuilding - 3/20/17 | | | | Relevance; Hearsay; Rule 403 |
| | | D46 | www.newsobserver.com - Managed care failed, now rebuild N.C.'s mental health care system - 12/13/17 | | | | Relevance; Hearsay; Rule 403 |
| | | D47 | www.citizen-times.com - Nowhere to go: The mental health crisis in Western North Carolina - 7/14/18 | | | | Relevance; Hearsay; Rule 403 |

| Trial Exhibit Number | Bates Number | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|
| | | D48 | www.northcarolinahealthnews.org - DHHS officials delivered a long awaited strategic plan to lawmakers, but the document is only the first version of a roadmap for remaking North Carolina's mental health system. 2/28/18 | | | | Relevance; Hearsay; Rule 403 |
| | | D49 | Strategic Plan For Improvement of Behavioral Health Services - North Carolina Department of Health and Human Services - 1/31/18 | | | | Relevance; Hearsay; Rule 403 |
| | | D50 | Geographic Variation in the Supply of Selected Behavioral Health Providers - American Journal of Preventive Medicine 2018 | | | | Relevance; Hearsay; Rule 403 |
| | | D52 | Cost Comparison of State Hospital and Community-Based Care for Seriously Mentally Ill Adults - Am J Psychiatry 155:4, April 1998 | | | | Relevance; Hearsay; Rule 403 |
| | | D53 | Why do psychiatric patients stop antipsychotic medication? A systematic review of reasons for nonadherence to medication in patients with serious mental illness - Dovepress | | | | Relevance; Hearsay; Rule 403 |
| | | D54 | Office of Research & Public Affairs - Going, Going, Gone - Trends and Consequences of Eliminating State Psychiatric Beds, 2016 - updates for Q2 data - June 2016 | | | | Relevance; Hearsay; Rule 403 |
| | | D55 | An Interview With Commissioner Peet: Mental Health System Reform - Maine Policy Review 1996 | | | | Relevance; Hearsay; Rule 403 |
| | | D57 | Judith Baldwin - Patient List PACT/Housing | | | | |
| | | D58 | Massachusetts General Court Mental Health Advisory Committee Report Phase I and Phase II - Final - 6/30/14 | | | | Relevance; Hearsay; Rule 403 |
| | | D59 | https://apps.bostonglobe.com - Closing psychiatric hospitals seemed humane, but the state failed to build a system to replace them. | | | | Relevance; Hearsay; Rule 403 |
| | | D60 | https://apps.bostonglobe.com - State mental hospitals were closed to give people with mental illness greater freedom | | | | Relevance; Hearsay; Rule 403 |
| | | D61 | The Massachusetts Behavioral Health System: Implications of Mandated Nurse Staffing Ratios - August 2018 | | | | Relevance; Hearsay; Rule 403 |
| | | D62 | Health Access and Integration for Adults with Serious and Persistent Mental Illness - Families, Systems & Health 2006, Vol. 24, No. 1, 3-18 | | | | Relevance; Hearsay; Rule 403 |
| | | D63 | New Hampshire Community Mental Health Agreement - Expert Reviewer Report Number Eight - 7/23/18 | | | | Relevance; Hearsay; Rule 403 |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | D64 | Lynn v. Lynch, USA v. State of New Hampshire - Affidavit of Judith Bordman in Support of Plaintiffs' Motion for Class Certification | | | | Relevance; Hearsay; Rule 403 |
| | | | D66 | Katherine Burson - Patient List, PACT, Type of Housing | | | | |
| | | | D67 | www.tandfonline.com - Role for Occupational Therapy in Community Mental Health: Using Policy to Advance Scholarship of Practice | | | | Relevance; Hearsay; Rule 403 |
| | | | D68 | State of Illinois - Employment First Strategic Plan Draft - 12/29/14 | | | | Relevance; Hearsay; Rule 403 |
| | | | D69 | Illinois Mental Health 2013-2018 Strategic Plan | | | | Relevance; Hearsay; Rule 403 |
| | | | D70 | NAMI Chicago - Making the Case for Funding and Supporting Comprehensive, Evidence-Based Mental Health Services in Illinois | | | | Relevance; Hearsay; Rule 403 |
| | | | D71 | NAMI Illinois Action Agenda 2017 - 10/15/16 | | | | Relevance; Hearsay; Rule 403 |
| | | | D72 | Hidden and Untreated: Ending Illinois' Silent Mental Health Crisis - Thresholds - February 2018 Policy Brief | | | | Relevance; Hearsay; Rule 403 |
| | | | D77 | Money Follows the Person: A 2015 State Survey of Transitions, Services, and Costs - The Kaiser Commission on Medicaid and the Uninsured - October 2015 | | | | Relevance; Hearsay; Rule 403 |
| | | | D78 | Facilitating Access to Mental Health Services: A Look at Medicaid, Private Insurance, and the Uninsured - Kaiser Family Foundation June 2017 | | | | Relevance; Hearsay; Rule 403 |
| | | | D79 | Facilitating Access to Mental Health Services: Medicaid's Role in Financing Behavioral Health Services for Low-Income Individuals - Kaiser Family Foundation June 2017 | | | | Relevance; Hearsay; Rule 403 |
| | | | D87 | Report to the President and Congress - The Money Follows the Person (MFP) Rebalancing Demonstration - Hargan - June 2017 | | | | Relevance; Hearsay; Rule 403 |
| | | | **State's Experts** | | | | | |
| | | | 1037 | Expert Report of Lona Fowdur, Ph.D - 10/12/18 | | | | |
| | | | 1023 | Expert Reportof Ted Lutterman and Kristin Neylon - 10/12/18 | | | | |
| | | | Geller 1100 | Expert Report of Jeffrey Geller, MD - 10/29/18 | | | | |
| | MS-00146084.00001 | | | CV - Jeffrey Geller, MD | | | | |
| | | | Merideth 1080 | Expert Report of Philip Merideth, MD - 10/29/18 | | | | |
| | | | Root 1075 | Expert Report of Benjamin Root, Jr., MD - 10/4/18 | | | | |
| | | | Webb 1074 | Expert Report of Mark Webb, MD - 10/4/18 | | | | |

| Trial Exhibit Number | Bates Number | | Deposition Exhibit Number | Document Description | Confidentiality | Dispute Confidentiality | Documents Considered by Expert | Objections |
|---|---|---|---|---|---|---|---|---|
| | | | 1072 | Expert Report of William Wilkerson, MD - 10/19/18 | | | | |
| | | | Younger 1079 | Expert Report of Susan Younger, MD - 10/19/18 | | | | |
| | | | Younger 1078 | CV of Susan Younger, MD | | | | |
| **Demonstratives** | | | | | | | | |
| | | | | PACT Teams | | | | Rule 1006 |
| | | | | Number of State Hospital Admissions | | | | Rule 1006 |
| | | | | Community Expansion with Funding Shift | | | | |
| | | | | Mobile Crisis Response Teams | | | | |
| | | | | Crisis Stabilization Units | | | | Rule 1006 |
| | | | | Programs of Assertive Community Treatment | | | | |
| | | | | Supported Employment | | | | |
| | | | | Permanent Supported Housing | | | | |
| | | | | PACT | | | | |
| | | | | PACT (total) | | | | Rule 1006 |
| | | | | Housing Recommendations | | | | |
| | | | | Number Served in State Hospitals FY 2011-2018 | | | | |
| | | | | Average Staffed Bed Capacity in State Hospitals FY 2011-2018 | | | | Rule 1006 |
| **Videos** | | | | | | | | |
| | | | | ISMICC Report To Congress 2017 (Dec. 14, 2017): https://www.youtube.com/watch?v=_ubhgwAF3XA | | | | Relevance; Hearsay; Rule 403 |
| | | | | Secretary Price addresses inaugural ISMICC Meeting (Aug. 31, 2017): https://www.youtube.com/watch?v=ogalL6yLImo | | | | Relevance; Hearsay; Rule 403 |
| | | | | ISMICC Meeting Part 1 – Welcomes and Introductions ( Aug. 31, 2017): https://www.youtube.com/watch?v=zqihmBtsGI0 | | | | Relevance; Hearsay; Rule 403 |
| | | | | ISMICC Meeting Part 2 – Federal Advances to Address SMI and SED (Aug. 31, 2017): https://www.youtube.com/watch?v=6DMkz6radzE | | | | Relevance; Hearsay; Rule 403 |
| | | | | ISMICC Meeting Part 3 – Federal Advances to Address SMI and SED (continued) (Aug. 31, 2017): https://www.youtube.com/watch?v=DVN1ZxPZcCE | | | | Relevance; Hearsay; Rule 403 |
| | | | | ISMICC Meeting Part 4 – Non-federal Advances to Address SMI and SED (Aug. 31, 2017): https://www.youtube.com/watch?v=Qai5mBdYR0o | | | | Relevance; Hearsay; Rule 403 |
| | | | | U.S. Department of Health and Human Services - Mary Giliberti ISMICC non-federal member remarks - https://www.youtube.com/watch?v=XkpMbEbrnDE | | | | Relevance; Hearsay; Rule 403 |