**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**V.**                              **CAUSE NO. 3:16-CV-622-CWR-FKB**

**THE STATE OF MISSISSIPPI**                                          **DEFENDANT**

## **DECLARATION**

My name is _____.

I am a member of the press that reports for

_____.

I have read the Court's Order dated May 30, 2019. That Order establishes the press policy I must follow for trial in Judge Reeves' Courtroom beginning June 4, 2019. I understand that I may be sanctioned for violating the Court's Order.

I declare under the penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct.

Signature:_____

Date:_____

*This declaration should be shown to the Court Security Officers upon entering the Courthouse and turned into the Clerk's Office prior to entering Judge Reeves' Courtroom.