IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB** |
| **THE STATE OF MISSISSIPPI** | **DEFENDANT** |

### THE STATE OF MISSISSIPPI'S TRIAL BENCH BRIEF
### REGARDING ADMISSIBILITY OF POST-DECEMBER 31, 2018 EVENTS

The State of Mississippi submits this Trial Bench Brief to clarify the admissibility of events or matters that occurred after December 31, 2018.

Plaintiff stated several times during trial that there is a fact cut-off date of December 31, 2018. That is true, but it is subject to the following exceptions, which the parties stipulated to: "The Parties acknowledge that as of December 31, 2018, the State of Mississippi was in the process of implementing certain changes (the 'Ongoing Changes'), planned on or before December 31, 2018, to the State's mental health system for adults. The Ongoing Changes include: grant funding to expand crisis services and establish an additional PACT team, as evidenced by deposition exhibits 861 through 866, establishing a second additional PACT team, as described in the Lutterman Expert Report; and combining the Bureaus of Mental Health, the Bureau of Community Mental Health Services, and the Bureau of Alcohol & Drug Services, as described in the Lutterman Expert Report. The State will make Diana Mikula available for a deposition ... on or before March 31, 2019. Ms. Mikula's deposition will include questions and answers related to implementation of the Ongoing Changes. Evidence regarding the Ongoing Changes that was requested in discovery, but which was not disclosed on or before Ms. Mikula's deposition, shall not be admitted at trial." (ECF 170 at ¶ 3.a., pp. 1-2).

As the parties stipulated, the State should be permitted to offer evidence and testimony at trial regarding the Ongoing Changes as of the date of Ms. Mikula's deposition (March 28, 2019). The Ongoing Matters include the matters set forth in the document attached to this Brief as Exhibit A. Exhibit A is trial exhibit DX-12 and has been pre-admitted into evidence.

This, the 17th day of June, 2019.

                                      Respectfully submitted,

                                      PHELPS DUNBAR LLP

BY:  */s/ James W. Shelson*
       Reuben V. Anderson, MB 1587
       W. Thomas Siler, MB 6791
       James W. Shelson, MB 9693
       Nash E. Gilmore, MB 105554
       4270 I-55 North
       Jackson, Mississippi 39211-6391
       Post Office Box 16114
       Jackson, Mississippi 39236-6114
       Telephone: 601-352-2300
       Telecopier: 601-360-9777
       Email: andersor@phelps.com
                silert@phelps.com
                shelsonj@phelps.com
                nash.gilmore@phelps.com

       Harold Pizzetta, III, MB 99867
       Assistant Attorney General
       General Civil Division
       Walter Sillers Building
       550 High Street
       Jackson, MS 39201
       Telephone: 601-359-3816
       Telecopier: 601-359-2003
       Email: HPIZZ@ago.state.ms.us

       Mary Jo Woods, MB 10468
       Special Assistant Attorney General
       Mississippi Attorney General's Office
       Walter Sillers Building
       550 High Street
       Jackson, MS 39201

                Telephone: 601-359-3020
                Telecopier: 601-359-2003
                Email: MWOOD@ago.state.ms.us

    Attorneys for the State of Mississippi

## **CERTIFICATE OF SERVICE**

  I certify that on June 17, 2019, I electronically filed this documents with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

                */s/ James W. Shelson*
                JAMES W. SHELSON