Addendum to Expert Report of Dr. Todd MacKenzie

May 24, 2019

After receiving a correction to the dataset on May 23, 2019, related to Question 3, I updated the analysis and conclude the following:

"Of the 122 individuals for whom there was responses to the question, 103 were at serious risk for institutionalization in a state hospital. The estimate of the frequency is 85.1% (95% confidence interval of 78.7% to 91.6%)."

| | |
|---|---|
| EXHIBIT NO. | **PX-405A** |
| CAUSE NO. | **3:16CV622CWR-FKB** |
| WITNESS | |
| CLERK: | **TWANA SUMMERS** |

Jun 03 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____, REPORTER

PX 0405A