| Method Used to Collect Data ex: Export from system | Employee Name Collecting Data | Title | Program |
|---|---|---|---|
| From SQL databases; using Microsoft Tools, including: SSRS reports, Excel | Christopher McCarthy | Programmer Analyst II | MSH |

EXHIBIT NO. **PX-954 DATA COLLECTION S**
CAUSE NO. **3:16CV622CWR-FKB**
WITNESS
CLERK: **TWANA SUMMERS**

Jun 03 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____, REPORTER