ATTACHMENT 1

# MICHAEL F. HOGAN, Ph.D.


Personal Information

## EDUCATION

    B.S.    Cornell University, June 1969: **Communication Arts**

    M.S.   State University College, Brockport, NY, 1972: **Ed. Administration**

    Ph.D.  Syracuse, July 1977: **Administration of Special Education**
           Other graduate and professional education at Smith College, George Washington University, and Harvard (Business and Kennedy Schools).

## PROFESSIONAL EXPERIENCE

**Currently**                  **Consultant and Advisor**
                                      **Hogan Health Solutions, LLC**

**Feb. 2007 – October 2012**    **Commissioner, New York State Office of Mental Health**

Led New York's $6B mental health system that serves 650,000 individuals annually. The system includes local operations (with 2500 community care, residential and inpatient programs), and a state operated system with 24 facilities delivering inpatient, community and prison-based services and research institutes affiliated with Columbia University (Psychiatric Institute) and New York University (Nathan Kline Institute).

**1991 – 2007**                     **Director Ohio Department of Mental Health** Cabinet position responsible for Ohio's mental health system. ODMH operated 5 accredited psychiatric hospitals, a budget of over $1 billion, and funded and monitored 50 local systems of care serving over 260,000 citizens annually. Achievements included: successfully managing reforms which devolved mental health care to the community level; developing new children's services to increase collaboration, reduce reliance on out-of-home care, and emphasize mental health as crucial to school success; implementing integrated payment/information systems; and developing statewide approaches to advance recovery, promote evidence-based services, and improve services to mentally ill offenders. These goals were accomplished within general fund budgets that grew less than inflation, by driving excess costs out of hospital care while dramatically improving the quality of state facility care. In March 2006, Ohio's mental health system was rated best in the country by the National Alliance on Mental Illness. Also served as Co-Chair of Family and Children First Council (Governor's Children's Cabinet).

Resume for Michael F. Hogan, Ph.D.
Page 2

**2002.**              **Chairman, President's New Freedom Commission on Mental Health**

Led the first presidential commission on mental health since the 1978-79 Carter Commission. Examined mental health care in America by obtaining input from over 2500 individuals, developing consensus among members and with diverse shareholder groups nationally, and producing Interim and Final Reports that were accepted by the Administration and heralded in the mental health community. Managed the Commission's relationships with federal agencies. Represented the Commission with the media and key members of Congress.

**June 1987 - March 1991           Commissioner**
**                                 Connecticut Department of Mental Health**

Overall responsibility for Connecticut's mental health system; clinical and administrative direction of nine accredited facilities, and oversight of regionalized, community mental health systems. Directly supervised Deputy Commissioners, Regional Directors, and the Department's Affirmative Action, Patients' Rights and Forensic programs.  The department had a budget of $260 million, employed 3,800 staff, and served over 50,000 Connecticut citizens annually.

During my tenure as Commissioner, Connecticut's mental health system was rated 4th best in the country in 1990 (tied with Ohio) by The National Alliance for the Mentally Ill/Public Citizen health research group.  This rating was up from 12th in 1986 and 6th in 1988.  The report credited improvements made "in part because of exceptional leadership in the Department of Mental Health."

**July 1984 - May 1987           Connecticut Department of Mental Health**
**                               Deputy Commissioner for Administrative Services**

As Deputy Commissioner for Administrative Services, I managed administrative, fiscal and support services of the Department of Mental Health.  Responsibilities included budget development and administration; personnel, labor relations and training; management of grants, local aid and contracts; engineering and facility management; and management information systems.  Served on the commissioner's Executive Committee, the Department's Governing Body, and as a Commissioner on the Connecticut Alcohol and Drug Abuse Commission.  During 1984-1985, served simultaneously as Acting Regional Director in two different Regions, managing the services in these regions during personnel transitions.

Resume for Michael F. Hogan, Ph.D.
Page 3

Initiatives during my role in this position included significant community program

development (including the state's first crisis intervention centers, supported employment and supported housing programs), improvements in administration of grants and contracts while expanding community services, and installation of an on-line management information system in all facilities.

**1979 - 1984        Massachusetts Department of Mental Health:**
                     **District Manager for Mental Health and Retardation Services**
                     **Superintendent of Northampton State Hospital (1982-1984)**

The District (Western Massachusetts) included five mental health and retardation service Areas (total population 800,000) and two state facilities: Belchertown State School (BSS) and Northampton State Hospital (NSH).  Responsibilities included acting as chief executive officer for the mental health and retardation system in the District, with full responsibility for clinical, fiscal and programmatic affairs.  Responsible for budget of approximately $75 million.  Supervised five Area Directors, BSS Superintendent, NSH psychiatric and support services and District staff.

The District Manager role required management of both community and state facility services, and included successful development of comprehensive community service systems for both mentally ill and mentally retarded citizens.  This required close working relationships with other branches of state government, legislators, advocates, local officials, the media and two U.S. District Courts.  State facility management activities included a successful reorganization of NSH and reallocation of fiscal and human resources to aid in community program development.  Community programs developed in Western Massachusetts during this period for both mentally ill and mentally retarded individuals were recognized as national models. In 1981-1982, during a reorganization period within the Department of Mental Health, simultaneously directed the Central Massachusetts Region.  This involved additional direct responsibilities for five Areas, three state facilities, and a budget of approximately $70 million.

**1977 - 1979         Massachusetts Department of Mental Health**
                      **Region I Director of Planning**

Assumed this role when a "national significance" Developmental Disabilities grant I co-authored was funded.  Responsibilities included overall fiscal and programmatic management of this grant, and mental retardation services planning for the Region. developed program models for mental retardation community services which were adopted statewide, and adapted for use in mental health.


Resume for Michael F. Hogan, Ph.D.
Page 4

**1976 - 1977          Massachusetts Department of Mental Health**

**Assistant Superintendent for Planning and Development
Belchertown State School**

Responsible for facility and program planning and development. Implemented facility improvements while planning the reintegration of State School residents and resources into local communities. Coordinated development of a capital development plan which ensured Medicaid ICF/MR compliance, without overbuilding to create disincentives for community program development.

**1975 - 1976         New York State Department of Mental Hygiene:
                      Administrative Intern
                      Eleanor Roosevelt Developmental Services/O.D. Heck Development Center**

Duties included a series of administrative internship assignments: administrative assistantship with Acting Director; planning, implementing and conducting training workshops; agency-wide consultation on normalization, program development and management.

**1973 - 1975         Doctoral Student, Syracuse University**

Graduate Assistantship duties included student teacher instruction and supervision; and conducting training workshops in program evaluation, service system planning and services for older citizens. Served as voting member on Promotions and Tenure Committee, School of Education.

**1972 - 1973         State University College at Brockport, New York
                      Training Consultant to Rochester School District**

Duties included classroom teaching, supervision of student teachers, instructor of graduate level education courses, in-service training.

**1969 - 1971         Rochester, New York Public Schools:
                      Teacher and Coach, Frederick Douglas Jr. High School**


Resume for Michael F. Hogan, Ph.D.
Page 5

**PUBLICATIONS:  BOOKS, REPORTS, MONOGRAPHS**

Hogan, M.F. and MacEachron, A.E.  <u>Plan Evaluation Guide: A guide to the planning, management and evaluation of community based service systems</u>.  Toronto:  National Institute on Mental Retardation, 1980.

Hogan, M.F. (principal author).  <u>New directions for the NIMH National Reporting Program: Recommendations of the study panel</u>.  Washington, D.C.:  National Institute on Mental Health, 1990.

Lutterman, T. and Hogan, M.F.  <u>Funding sources and expenditures of state mental health agencies:  Revenue/expenditure study results, Fiscal year 1987</u>.  Washington, D.C.: National Association of State Mental Health Program Directors Research Institute, 1990.

Edmunds, M., Frank R., Hogan, M., McCarty, D., Robinson-Beale, R., Weisner, C. (Eds.). <u>Managing managed care: Quality improvement in behavioral health</u>. Washington, D.C.: Institute of Medicine, 1997.

Hogan, M. (chair) et al. <u>Achieving the promise: Transforming mental health care in America.</u> The President's New Freedom Commission on Mental Health Final Report. Rockville, MD: DHHS Pub. No. SMA-03-3832, 2003.

**PUBLICATIONS:  SELECTED ARTICLES AND BOOK CHAPTERS**

Hogan, M.F.  Numerous newspaper news and feature articles, Schenectady Union-Star, Summer, 1968.

Hogan, M.F.  Targeting mental health services to people labeled chronically mentally ill: The role of information systems.  In J. Diblasi. L.J. Kline and P. Stickney (Eds.) <u>Proceedings of the Ninth Annual MSIS National Users Group Conference</u>.  Orangeburg, New York:  Nathan S. Kline Institute, 1985.

Hogan, M.F. and Kendrick, M.  Values training and systems change: A human resources development strategy.  In M. Sanchez and M. Davis (Eds.)  <u>Bringing Human Resource Development into Focus.  Proceedings of the Seventh National Assembly of State Mental Health Human Resource Development Programs</u> Denver, Colorado:  Western Interstate Commission for Higher Education, 1985.

Hogan, M.F.  Problems in the treatment of the dual diagnosis patient:  A commentary. <u>Yale Psychiatric Quarterly</u>.  April 1988.

Resume for Michael F. Hogan, Ph.D.
Page 6

Hogan, M.F.   Managed care systems:   Perspective from the public sector.   <u>Yale</u>

Psychiatric Quarterly.

Hogan, M.F. Johnson, P.M., and Jones, P.A.  Who can provide the new community services:  A case study in provider agency development.  Administration and Policy in Mental Health.  Spring 1989.

Hogan, M.F. and Essock, S.  Data and decisions:  Can mental health management be knowledge based?  Journal of Mental Health Administration, Winter, 1991.

Hogan, M.F. and Carling, P.J.  Normal housing:  A key element of a supported housing approach for people with psychiatric disabilities.  Community Mental Health Journal, June, 1992.

Hogan, M.F.  New futures for mental health care:  Ohio as a case study.  Health Affairs, Fall, 1992.

Sills, G.M., Roth, D., Fanning, C., and Hogan, M.F.  A design for citizen participation in systems evaluation.  Proceedings:  Third annual conference on state mental agency health services research.  Alexandria, VA, NASMHPD Research Institute, 1993 (111-120).

Hogan, M.F.  Managing the whole system of care.  In M.F. Shore, (Ed.), Managed care, the private sector, and Medicaid mental health and substance abuse services. San Francisco: Jossey-Bass, 1996, (13-24).

Hogan, M.F.  Organization and financing of mental health care.  In Tasman, A., Lieberman, R., Kay, J. (Eds.).  Psychiatry.  Philadelphia: W.B. Saunders, 1996 (1781-1802).

Hogan, M.F.  State mental health systems: Their evolution and use of economic tools.  In Handbook of mental health economics and health policy.  Volume 1: Schizophrenia. Moscarelli, M., Rupp, A.  and Sartorius, N. (Eds.)  New York: John Wiley & Sons, Ltd., 1996, (515-524)

Deci, P.A., McDonel, E.C., Senske, J., Hadley, T.R., Hogan, M.F., Dias, J.K., Pescosolido, B.A., and Wright, E.R.  Downsizing state psychiatric hospitals. In Henggeler, S.W. and Santos, A.B. Innovative approaches for difficult-to-treat populations. Washington: American Psychiatric Association Press, 1997, (371-394).


Resume for Michael F. Hogan, Ph.D.
Page 7

Hogan, M.F. Commentary on the Schizophrenia PORT. Schizophrenia Bulletin, 24,

1998, 27-29.

Hogan, M. F. Supporting employment: How can mental health leaders make a difference? In Mancuso, L. (Ed.) Employment for people with psychiatric disabilities. Alexandria, Va.: National Association of State Mental Health Program Directors,

Hogan, M. F. Medicaid and mental health care: Can this relationship thrive? Policy and Practice. March, 1999 (41-48).

Hogan, M. F. Managed public mental healthcare: Issues, trends and prospects. The American Journal on Managed Care, 5, June 1999, (71-77).

Hogan, M. F. Public-sector mental health care: New challenges. Health Affairs, 18 (5), September/October 1999, (106-111).

Nutt, P. C., Backoff, R. W. and Hogan, M. F. Paradoxes in leadership and strategic change. In Rabin, J., Miller, G. J. and Hildreth, W. B. (Eds.) Handbook of strategic management. New York: Marcel Dekker, 2000.

Nutt, P.C., Backoff, R.W., and Hogan, M.F. Managing the paradoxes of strategic change. Journal of Applied Management Studies, 9 (1), 5-31, 2000.

Lutterman, T. and Hogan, M. F. State mental health agency controlled expenditures and revenues for mental health services. In Mental Health, United States, 2000. Washington, DC: Supt. of Documents, U.S. Govt. Printing Office, 2001, 218-230.

Goldman, H.H., Ganju, V., Drake, R.E., Gorman, P., Hogan, M., Hyde, P. S., and Morgan, O. Policy implications for implementing evidence based practices. Psychiatric Services, 52 (12), 1591-1597, 2001.

Hogan, M. F. Improving care for depression: A policy analysis and recommendations. In The effects of depression on society: Proceedings from the depression roundtable. The Health Foundation of Greater Cincinnati. Cincinnati, Oh. Author. 76-74. 2001.

Hogan, M. F. Spending too much on mental illness in all the wrong places. Psychiatric Services, 53 (10) 1251-1252, 2002.

Hogan, M. F, and Morrison, A. K. Organization and financing of mental health care. In Tasman, A. Kay, J., and Lieberman, J. A. Psychiatry. (2nd. Edition). Chichester, England, John Wiley and Sons, 2003. (2226-2252).

Resume for Michael F. Hogan, Ph.D.
Page 8

Hogan, M. The President's New Freedom Commission: Recommendations to transform

mental health care in America. <u>Psychiatric Services,</u> 54 (11), 1467-1474, 2003.

Hogan, M. Commentary on the updated schizophrenia PORT treatment recommendations. <u>Schizophrenia Bulletin.</u> 2004.

Hogan, M. The President's New Freedom Commission on Mental Health: Transforming mental health care in America. <u>Capital University Law Review.</u> 32, (4), 2004, 907-923.

Nutt, P., and Hogan, M. Downsizing best practices: A 12 year study of change in a state mental health system. <u>New Research in Mental Health 2002-2003 Biennium.</u> (16), 209-221. Ohio Department of Mental Health. 2005.

Hogan, M.F. Policy and process: The President's New Freedom Commission. <u>Bulletin of the American Academy of Clinical Psychology.</u> (10), 4-7, 2006.

Nutt, P. and Hogan, M. Downsizing guidelines found in a success story. <u>Public Performance and Management Review</u> 31(1), 85-110, 2007.

Hogan, M.F. Transforming mental health care: Realities, priorities, and prospects. <u>Psychiatric Clinics of North America</u>.31 (1) 1-9, 2008.

Sederer, L. I. and Hogan, M. F. Mental health policy and services five years after the President's Commission report: An interview with Michael F. Hogan. <u>Psychiatric Services.</u> 59 (11) 1242-1244, 2008.

Hogan, M.F. and Morrison, A.K. Organization and economics of mental health treatment. In Tasman, A., Kay, J., Lieberman, J., First, M.B. and Maj, M. <u>Psychiatry</u> (3rd ed.) Chichester, England, John Wiley and Sons, 2008. 1817-1848.

Hogan, M. F. and Sederer, L. I. Mental health crises and public policy: Opportunities for change? <u>Health Affairs.</u> 2009; 28: 805-808

Hogan, M.F. Updated Schizophrenia PORT treatment recommendations: A commentary. <u>Schizophrenia Bulletin</u> 2010 36(1):104-106.

Brown, L.D., Isett, K. R., and Hogan, M. Stewardship in mental health policy: Inspiration, influence, institution? <u>Journal of Health Politics, Policy and Law</u>, 2010; 35: 389-406.

Resume for Michael F. Hogan, Ph.D.
Page 9

Hogan, M. F. Will we need a separate mental health system? <u>National Council Magazine.</u> National Council of Community Behavioral Healthcare, 2010; 2, Washington, DC, 12-13.

Lutterman, T. L, Hogan, M. F., Phelan, B. E., and Mazade, N. A. State mental health agencies. In Levin, B. L, Hennessy, K. D., and Petrila, J. Mental health services: A public health perspective. New York: Oxford University Press, 2010. (321-348).

Hogan MF, Sederer LI, Smith TE, Nossel IR. Making room for mental health in the medical home. Prev Chronic Dis 2010;7(6). http://www.dc.gov/pcd/issues/2010/nov/09_0198.htm.

Hogan, M. F. Focus on integrated treatment. Journal of dual diagnosis. 7, (3), 2011, 173-174.

Essock, S.M. and Hogan, M.F. Looking in the health reform crystal ball: Seeing more constructive, less expensive management solutions. Am. J. Psychiatry. 108, (5) May 2011. (449-4510.

Hogan, M. F. Transforming mental health systems and programs. In McQuiston, H. L., Sowers, W.E., Ranz, J. M. and Feldman, J. M. Handbook of Community Psychiatry. New York, Springer, 2012. (513-522).

Hogan, M., Svendsen, D., and Wood, J. Transformational leadership in mental health. In Modern Community Mental Health: An Interdisciplinary Approach. Yeager, K., Cutler, D., Svendsen, D,. and Sills, G. M. (Eds) London: Oxford University Press. 2013. (516-533).

Hogan, M.F. Mental health reform under policy mainstreaming: Needed, but uncertain. Epidemiology and Psychiatric Services. 23, (1). 2014 (11-16).

Hogan, M.F. and Clymer, J. M. Suicide in the health care neighborhood: More can be done, now. Am. J. of Lifestyle Medicine. Published online October 27, 2014. DOI: 10.1177/1559827614554598. (1-3).

Essock, S.M., Olfson, M., and Hogan, M.F. Current practices for measuring mental health outcomes in the USA: International overview of routine outcome measures in mental health. International Review of Psychiatry 2015, 27(4), 296-305.

Covington, D. and Hogan, M. National Action Alliance for Suicide Prevention: Crisis Services Task Force. (2016). Crisis now: Transforming services is within our reach. Washington, DC: Education Development Center, Inc.

Resume for Michael F. Hogan, Ph.D.
Page 10

Covington, D. and Hogan, M. When crisis happens now: the time for emergency services for the brain. National Council Magazine. Washington, DC: National Council for Behavioral Healthcare. 2016 (1), 6-7.

Hogan, M.F. and Goldstein, G. Suicide prevention: An emerging priority for health care. Health Affairs. 35 (6), 2016: 1084-1091.

Drake, R. E., Bond, G. R., Goldman, H. H., Hogan, M. F. and Karakus, M. Individual placement And support services boost employment for people with serious mental illness, but funding is lacking. Health Affairs 35, (6), 2016:1098-1105

Karakus, M., Ghose, S.S., Goldman, H.H., Moran, G., and Hogan, M. "Big Eight" recommendations for improving the effectiveness of the U.S. behavioral health care system. Psychiatr Serv. 2016 Aug 15:appips201500532. [Epub ahead of print]

Hogan, M. Better suicide screening and prevention are possible. Viewpoint JAMA Psychiatry 2016, published online October 5 2016 at http://jamanetwork.com/journals/jamapsychiatry/article-abstract/2565604

Hogan, M. F. Suicide prevention: A primer for health care professionals. In Falcone, T. and Timmons-Mitchell, J. (Eds). A primer on suicide prevention and postvention a practical guide for the practitioner. Guilford, 2017.

Hogan, M. F. To prevent suicide, address it directly, Psychiatric Services 68:7. July 2018: 737.

Hogan, M. F. Suicide prevention: Rising rates and new evidence shape policy options. In Goldman, H. H., Frank, R., Morrissey, J. P. Handbook of American Mental Health Policy. Palgrave MacMillan. In press.

## PUBLICATIONS: SELECTED UNPUBLISHED PAPERS

Hogan, M.F. Living in community: A study of community residences for adults labeled retarded. Unpublished doctoral dissertation, Syracuse, New York, 1977.

Hogan, M.F. Comparing model mental health systems: A review of the Dane County, Western Massachusetts and Rhode Island Systems. Hartford, CT, October 1987.

Hogan, M.F. Recovery: The new force in mental health. Columbus, Ohio, 1993.

Frost-Kumpf, L., Backoff, R.W. and Hogan, M.F. Public sector executive leadership, strategy and change: The agency leader's evolving view. Unpublished paper, Columbus, Ohio, 1996.

Resume for Michael F. Hogan, Ph.D.
Page 11

## PROFESSIONAL AFFILIATIONS

Board member, The Joint Commission. (2007-2015). Served as first representative of the

behavioral health sector. Chair, Standards and Survey Procedures Committee 2013-2015

President, National Association of State Mental Health Program Directors, 2003-2004.

Board Member (President 1989-2000): NASMHPD Research Institute. 1989-2004.

Member:  National Advisory Mental Health Council—NIMH (1995-'98, and 2015-'19)

Member: MacArthur Foundation Network on Mental Health Policy Research, 1999-2009.

Executive Committee, National Action Alliance on Suicide Prevention, 2010-2016. Co-chair of Clinical Care and Interventions and Crisis Care Task Forces.

Co-Chair, 2006 "Summit" of American College of Mental Health Administration.

Adjunct/Clinical Faculty (Professor) Case Western Reserve University School of Medicine

Clinical Professor of Psychiatry, Dartmouth (Geisel) Medical School

Clinical Professor, Child Psychiatry, New York University Medical School


**National Awards**

National Alliance on Mental Illness (NAMI) Distinguished Service Award, 2002

National Governor's Association: Distinguished Service to State Government, 2002.

Campaign for Mental Health Reform, Washington, DC: Special Leadership Award, 2006.

Suicide Prevention Action Network (SPAN), National Ally in Action Award, 2006.

American College of Mental Health Administration, Barton Distinguished Fellow Award 2007.

American Association for Psychosocial Rehabilitation: Irving Blumberg Human Rights Award, 2007.

Resume for Michael F. Hogan, Ph.D.
Page 12

American Psychiatric Association. Presidential Commendation. 2009

National Association of Peer Specialists: Visionary Achievement Award, 2012