IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | CAUSE NO. 3:16-CV-622-CWR-FKB |
| **STATE OF MISSISSIPPI** | **DEFENDANT** |

### FINAL JUDGMENT

Having resolved all of the parties' claims and defenses, it is now appropriate to enter this Final Judgment and close this case on the Court's docket. Accordingly,

**IT IS HEREBY ORDERED** that judgment is entered in favor of the plaintiff, United States of America, against the defendant, State of Mississippi.

**SO ORDERED AND ADJUDGED**, this the 7th day of September, 2021.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE