# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**                          **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB**

**THE STATE OF MISSISSIPPI**                                     **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Defendant, the State of Mississippi in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 7th day of September, 2021 (ECF 280), and all orders preceding or related to the final judgment.

Dated: October 6, 2021.

                                           Respectfully submitted,

                                           PHELPS DUNBAR LLP

BY:    */s/ James W. Shelson*
            Reuben V. Anderson, MB 1587
            W. Thomas Siler, MB 6791
            James W. Shelson, MB 9693
            Nash E. Gilmore, MB 105554
            4270 I-55 North
            Jackson, Mississippi 39211-6391
            Post Office Box 16114
            Jackson, Mississippi 39236-6114
            Telephone: 601-352-2300
            Email: reuben.anderson@phelps.com
                     tommy.siler@phelps.com
                     jim.shelson@phelps.com
                     nash.gilmore@phelps.com

            Douglas T. Miracle, MB 9648
            Assistant Attorney General
            General Civil Division
            Walter Sillers Building
            550 High Street
            Jackson, MS 39201

PD.35635806.1

        Telephone:  601-359-5654
        Email:  doug.miracle@ago.ms.gov

        Mary Jo Woods, MB 10468
        Special Assistant Attorney General
        Mississippi Attorney General's Office
        Walter Sillers Building
        550 High Street
        Jackson, MS 39201
        Telephone:  601-359-3020
        Email:  Mary.Woods@ago.ms.gov

Attorneys for the State of Mississippi

## CERTIFICATE OF SERVICE

I certify that on October 6, 2021, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

        */s/ James W. Shelson*
        JAMES W. SHELSON