IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO.: 3:16-CV-00622-CWR-FKB** |
| **THE STATE OF MISSISSIPPI** | **DEFENDANT** |

### ORDER GRANTING THE STATE OF MISSISSIPPI'S MOTION FOR PARTIAL STAY OF THE REMEDIAL ORDER PENDING OUTCOME OF APPEAL

The State of Mississippi filed a Motion for Partial Stay of the Remedial Order Pending Outcome of Appeal (ECF 281). Without endorsing any of Mississippi's arguments regarding a partial stay, the United States does not oppose Mississippi's Motion (ECF 284). The Court hereby grants Mississippi's Motion and paragraphs 10.b., 11.b., 23., 25., and 26. of the Remedial Order (ECF 278) are hereby stayed pending issuance of the Fifth Circuit's mandate in Mississippi's appeal.

**SO ORDERED**, this the 15th day of October, 2021.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE