# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-60772

---

United States of America,

> *Plaintiff—Appellee,*

*versus*

The State of Mississippi,

> *Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-622

---

ORDER:

    IT IS ORDERED that the joint unopposed motion of Appellant and Appellee to view and obtain sealed documents is GRANTED.

                                /s/Jennifer Walker Elrod
                            Jennifer Walker Elrod
                            *United States Circuit Judge*