**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**V.**                     **CAUSE NO. 3:16-CV-622-CWR-FKB**

**STATE OF MISSISSIPPI**                                                         **DEFENDANT**

## **ORDER**

The status conference scheduled for April 26, 2023, at 10:00 AM will be conducted by zoom. The public may join by clicking on the following link:

https://www.zoomgov.com/j/1604234532?pwd=SFFEczJnVkM5b1NjMDZQUnROYnROZz09

**SO ORDERED**, this the 24th day of April, 2023.

                                                     s/ Carlton W. Reeves
                                                     UNITED STATES DISTRICT JUDGE