# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**                                         **CAUSE NO. 3:16-CV-622-CWR-FKB**

**STATE OF MISSISSIPPI**                                                 **DEFENDANT**

## ORDER

In accordance with *United States v. Mississippi*, No. 21-60772, 2023 WL 6138536 (5th Cir. Sept. 20, 2023), and in anticipation of the Fifth Circuit's mandate, Court Monitor Dr. Michael Hogan and his team are directed to conclude their work in this matter within the next 14 days. Dr. Hogan's final invoice shall be submitted to the State within seven days of the mandate's issuance.

**SO ORDERED**, this the 22nd day of September, 2023.

                                                            s/ Carlton W. Reeves
                                                            UNITED STATES DISTRICT JUDGE